UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYED K. RAFI, PH.D.

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

NOVARTIS PHARMACEUTICALS
CORPORATION,
608, 5th. AVE, NEW YORK, NY. 10020

Do you want a jury trial?

☒ Yes      ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

| **NOTICE** |
| --- |
| The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2. |

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| SYED | K. | RAFI |
|------|-----|------|
| First Name | Middle Initial | Last Name |

| 3237 APEX CIR | | |
|------|-----|------|
| Street Address | | |

| FALLS CHURCH | VIRGINA | 22044 |
|------|-----|------|
| County, City | State | Zip Code |

| 816 787 4366 | rafigene@yahoo.com |
|------|-----|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    NOVARTIS PHARMACEUTICALS CORPORATION,

Name
608, 5th AVE

Address where defendant may be served

| NEW YORK | NY | 10020 |
|------|-----|------|
| County, City | State | Zip Code |

Defendant 2:

Name

Address where defendant may be served

| County, City | State | Zip Code |
|------|-----|------|

Defendant 3:

| | |
|---|---|
| **Name** | |
| **Address where defendant may be served** | |
| **County, City** | **State**        **Zip Code** |

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:
NOVARTIS BIOMEDICAL RESEARCH INSTITUTE: [NOVARTIS CORPORATION'S SUBSIDIARY INSTITUTE],

**Name**
Rafi, Syed, K.

| **Address** | | |
|---|---|---|
| CAMBRIDGE | MA | 02139 |
| County, City | State | Zip Code |

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒   race: _____

☒   color: _____

☒   religion: _____

☒   sex: _____

☒   national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: **East Indian; Non-Caucasian Minority**

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: **1949**

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):
**Retaliation for prior EEOC complaint against Yale University**

Page 4

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☒ did not hire me

- ☐ terminated my employment

- ☐ did not promote me

- ☐ did not accommodate my disability

- ☐ provided me with terms and conditions of employment different from those of similar employees

- ☒ retaliated against me

- ☐ harassed me or created a hostile work environment

- ☐ other (specify): _____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I.   PLEASE SEE ATTACHMENT # 1: EEOC EMPLOYMENT DISCRIMINATION COMPLAINT COPY

II.   DEC. 12, 2024: COMPLAINANT'S REBUTTALS TO RESPONDENT'S STATEMENTS DATED NOV.15, 2024

III.   JAN. 10, 2025: COMPLAINANT'S EVIDENCE NEGATING RESPONDENT'S DEFENSE OF NOT BEING AWARE OF THE COMPLAINANT'S PROTECTED TRAITS AND ACTIVITIES AT THE TIME OF THE SELECTION.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☒    Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge?    **9/04/2024**

    ☐    No

Have you received a Notice of Right to Sue from the EEOC?

    ☒    Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice?    **01/23/2025**

        When did you receive the Notice?    **01/27/2025**

    ☐    No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

    ☒    direct the defendant to hire me

    ☐    direct the defendant to re-employ me

    ☐    direct the defendant to promote me

    ☐    direct the defendant to reasonably accommodate my religion

    ☐    direct the defendant to reasonably accommodate my disability

    ☐    direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

DIRECT THE DEFENDANT TO COMPENSATE ME FOR THE ALLEGED CONTINUING VIOLATIONS, THE MOST RECENT SUCH VIOLATION OCCURRED ON MARCH 23, 2024, AS PRESENTED TO THE EEOC COMPLAINT.

ALSO, DIRECT THE DEFENDANT TO HIRE ME.

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 4/20/2025 | | *K. Syed Rafi* |
|---|---|---|
| **Dated** | | Plaintiff's Signature |
| SYED | K. | RAFI |
| **First Name** | **Middle Initial** | **Last Name** |
| 3237 APEX CIR | | |
| **Street Address** | | |
| FALLS CHURCH | | VIRGINIA | 22044 |
| **County, City** | | **State** | **Zip Code** |
| 816 787 4366 | | rafigene@yahoo.com |
| **Telephone Number** | | **Email Address (if available)** |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

| | | | |
|---|---|---|---|
| Name (Last, First, MI) | | | |
| Rafi, Syed, K. | | VIRGINA | 22044 |
| Address | City | State | Zip Code |
| 816 787 4366 | | rafigene@yahoo.com | |
| Telephone Number | | E-mail Address | |
| 816 787 4366 | | rafigene@yahoo.com | |
| Date | | Signature | |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

**EEOC NOTICE OF RIGHT TO SUE, DATED 01/23/2025**

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

### Issued On: 01/23/2025

**To:** Dr. Syed K. Rafi
3237 Apex Cir, Falls Church, VA 22044
Charge No: 570-2024-04566

EEOC Representative and email:    ROBERT HERSEY
Administrative Support Assistant
robert.hersey@eeoc.gov

*NOVARTIS* (handwritten)

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Mindy E. Weinstein
01/23/2025
Mindy E. Weinstein
Director

**Cc:**

Mathias Haber, Director of HR
Novartis Pharmaceuticals Corporation
608 5th Ave
New York, NY 10020

Michelle Silverman, Partner
Morgan Lewis
502 Carnegie Ctr Ste 201
Princeton, NJ 08540

Please retain this notice for your records.

# EEOC CHARGE OF DISCRIMINATION

## EEOC CHARGE OF DISCRIMINATION

| | |
|---|---|
| **Name Complainant:** | Syed K. Rafi, Ph.D., |
| **Cellular Phone #:** | 816 787 4366 |
| **Year of Birth:** | 1949 |
| **Current Mailing Address:** | 3237 Apex Cir, Falls Church, VA. 22044 |
| **Job(s) Applicant at:** | Novartis Group Companies with headquarters in New York, USA at 608 5th Ave. New York, NY 10020: Phone Numbers: 1-212-307-1122 / 1-800-277-2254. |

Novartis Corporate Office is also located at 230 Park Ave. 21st Fl. New York, NY 10169.

The employment opportunities were at Novartis Corporation's Subsidiary Institute, namely, Novartis Bio-Medical Research Institute at 250 Massachusetts Ave, Cambridge, MA 02139.

**Discrimination Based on:**

I. Age [>40 Years];

II. Retaliation;

III. Race [Minority; Non-Caucasian];

      Religion [Islam / Muslim];

      National Origin [Asian / East Indian];

      Color [Brown] and Sex [Male].

**Date(s) of Discrimination:**

Latest:   March 23, 2024;
Continuing Acts of Discrimination from April 25, 2011, through March 23, 2024- encompassing Seven Job Applications.

**The Particulars Are:**    Please See the Attached Addendum to this Charge.

*I declare under penalty of perjury that the above information is true and correct to the best of my knowledge, information, and belief.*

**Charging Party Signature:** *K. Syed Rafi.*          **Date: 9/04/2024**

## U.S. Equal Employment Opportunity Commission
### EMPLOYMENT DISCRIMINATION COMPLAINT

- **Date of Most Recent Job Action You Think Was Discriminatory: March 23, 2024:**

*Senior Scientist [Clinical Genetics and Genomics]*- 393705BR; Candidate reference # 16600708; Date applied: March 20, 2024; Date of non-selection email notice: March 23, 2024 *[Exhibit # 1]*.

I, Syed K. Rafi, Ph.D., allege continuing employment discrimination at Novartis Group Companies with headquarters in New York, USA at 608 5th Ave. New York, NY 10020: Phone Numbers: 1-212-307-1122 / 1-800-277-2254. Novartis Corporate Office is also located at 230 Park Ave. 21st Fl. New York, NY 10169.

The employment opportunities were at Novartis Corporation's Subsidiary Institute, namely, Novartis Bio-Medical Research Institute located at 250 Massachusetts Ave, Cambridge, MA 02139.

I allege that my following list of seven[7] candidacies which I consider to be highly qualified and even exceptionally qualified at the Novartis Bio-Medical Research Institute have been intentionally discriminated against as continuing acts of violations, from 2011 through 2024, the latest of which transpired on March 23, 2024 *[Exhibit # 1]*. None of these candidacies were even considered for an interview, even in instances where my candidacy was uniquely qualified with aptly superfluous skill

Page 1

sets. Consequently, I lost these career opportunities, which in turn affected my financial and mental well-being.

I **allege the following causal discriminatory and retaliatory factors, either individually or in conjunction, caused the alleged continuing reckless employment violations at Novartis encompassing seven [7] candidacies with exceedingly fitting qualifications, work experience and skill sets, as required for each position:**

I. **Age [>40 Years].**

II. **Retaliation.**

III. **Race [Minority; Non-Caucasian];**
**Religion [Islam / Muslim];**
**National Origin [Asian / East Indian];**
**Color [Brown] and Sex [Male].**

- **Job Actions I Think Were Discriminatory and When They Happened:**

1. ***Senior Scientist [Clinical Genetics and Genomics]-*** **393705BR;** Candidate reference # 16600708; Date applied: March 20, 2024; Date of non-selection email notice: March 23, 2024 *[Exhibit # 1];*

2. ***Associate Director, Cytogenetics-*** **156672BR; Candidate reference # 11291996;** Date of application: January 13, 2015 *[Exhibit # 2];*

3. ***Head of Applied Human Genetics and Genomics-*** **BMD146271BR; Candidate reference # 11291996;** Date applied: Nov 10, 2014 *[Exhibit # 3];*

4. ***Director Level rug Discovery Role in Oncology-*** **79048BR; Candidate reference # 8130155;** Date applied: April 27, 2011; Date of non-selection notice: May 13, 2011 *[Exhibit # 4];*

5. *Senior Scientist- Molecular Diagnostics-* **80733BR**; Candidate reference # 8125084; Date applied: April 29, 2011 *[Exhibit # 5]*;

6. *Associate Director, Diagnostic Discovery-* **75786BR**; Candidate reference # 8125084; Date applied: April 27, 2011 *[Exhibit # 6]*; and

7. *Director, Diagnostic Discovery-* **80301BR**; Candidate reference #8125084; Date Applied: April 25, 2011 *[Exhibit # 7]*.

## I.   AGE DISCRIMINATION:

**I allege that based on my age [>40 years], Novartis ceaselessly and recklessly discriminated against every one of my above listed highly qualified, and even exceptionally qualified candidacies with highly desirable skill-sets and extensively documented work and research experience.**

**The Age Discrimination in Employment Act (ADEA)** makes illegal to discriminate against a **job applicant aged 40 and older, as being alleged in this complaint.** The ADEA applies to private employers with 20 or more employees, **such as Novartis.**

Under ADEA, it is unlawful to discriminate against a person because of their age in any aspect of employment, including hiring, firing, promotion, compensation, and training.

The ADEA protects applicants and employees aged 40 and older from discrimination in hiring, promotion, discharge, compensation, and other employment terms and conditions.

The U.S. Equal Employment Opportunity Commission is charged with enforcing the laws under the Age Discrimination in Employment Act.

II.  RETALIATION:

EEOC-Definitions of Retaliation:

"Retaliation occurs when an employer takes a materially adverse action because an individual has engaged in, or may engage in, activity in furtherance of the EEO laws the Commission enforces. The EEO anti-retaliation provisions ensure that individuals are free to raise complaints of potential EEO violations or engage in other EEO activities without employers taking materially adverse actions in response".

"The first question when analyzing a claim that a materially adverse action was retaliatory is whether there was an earlier complaint or other EEO activity that is protected by the law (known as "protected activity"). Protected activity includes "participating" in an EEO process or "opposing" discrimination. These two types of protected activity arise directly from two distinct statutory retaliation clauses that differ in scope. Participation in an EEO process is more narrowly defined to refer specifically to raising a claim, testifying, assisting, or participating in any manner in

*an investigation, proceeding, or hearing under the EEO laws is very broadly protected. Also, a broader range of opposition activity by which an individual opposes any practice made unlawful by the EEO statutes is protected when an individual acts with a reasonably good faith belief that a potential EEO violation exists and acts reasonably to oppose it".*

## Novartis Became Aware of My 2014 EEOC Retaliation Complaint Against Yale University School of Medicine [YSM] And The Ensuing Lawsuit Against YSM

In my job applications [resume / Curriculum Vitae] I have highlighted my accomplishing American Board of Medical Genetics [ABMG]- professional medical Genetics training in clinical cytogenetics at Yale School of Medicine [YSM] during 2004.

Given the bio-medical and medical genetics nature of my candidacies at Novartis, Novartis was obligated to verify with Yale School of Medicine the veracity of my assertion in my applications [resume/CV] that I had accomplished the ABMG- required professional training in medical genetics / clinical cytogenetics during 2004 by contacting the ABMG- training program director at YSM: Dr. Allen Bale, whose contact information is readily accessible at the ABMG public website [Exhibit # 8].

It should be noted that if Novartis fails to accomplish this mandatory verification *[Exhibit # 9]* of my medical

genetics professional training with Dr. Bale at YSM while considering candidacies, it tantamounts to "grossly negligent hiring in biomedical and medical genetics fields", which is a "tort of negligent hiring".

Given this rationale, Novartis, either through Dr. Bale at Yale School of Medicine, or through its [Novartis] own mandated background check *[Exhibit # 9]*- became aware of my 2014 EEOC retaliation complaint against YSM *[Charge # 846201418048]* and my subsequent lawsuit against YSM, Dr. Richard Lifton [Chairman, Genetics Department, YSM], and Dr. Allen Bale [Director of the ABMG Medical Genetics training program, Genetics Department, YSM]: Civil No. 3: 14-cv-01582 (VLB).

**Consequently, Novartis ceaselessly and recklessly retaliated / discriminated against every one of my above listed highly qualified, and even exceptionally qualified candidacies with highly desirable skill-sets and extensively documented work and research experience.**

III. **Compounding Alleged Additional Discriminatory Factors: Race, Color, Religion, Sex, and National Origin**

Possibly, additional discriminatory factors, such as my **Race *[Minority; Non-Caucasian]*; Religion *[Islam / Muslim]*;**

National Origin *[Asian / East Indian]*; Color *[Brown]* and Sex *[Male]*- could have additively caused the alleged ongoing discrimination / retaliation against my candidacies.

The EEOC is charged with enforcing the employment discrimination provisions under **Title VII of the Civil Rights Act of 1964**, which makes it illegal to discriminate against a job applicant based on his/her **Race, Color, Sex, Religion and National Origin**.

Section 704(a) of the Title VII of Civil Rights Act of 1964- specifically protects both **employees** and **applicants for employment** against employer discrimination. Therefore, it is a violation under the Section 704(a) to discriminate against "employees or applicants for employment".

**Sections 102 and 103 of the Civil Rights Act of 1991 amend Title VII** to permit jury trials and compensatory and punitive damage awards in Discrimination cases, as alleged in this complaint.

**42 U.S.C.§2000e-2** also prohibits depriving any individual of employment opportunities or otherwise adversely affecting his status as an employee, because of such individual's **race, color, religion, sex, or national origin, as alleged in this complaint.**

Respectfully and truthfully submitted.

Syed K. Rafi, Ph.D.                                    September 4, 2024

*Mailing Address:*
*3237 Apex Circle*
*Falls Church, VA 22044*
*Phone: 816 787 4366*
rafigene@yahoo.com

EXHIBIT # 1

## Your Application

From: TASNoReply (enterprise@trm.brassring.com)

To: rafigene@yahoo.com

Date: Saturday, March 23, 2024 at 11:25 AM EDT

Dear Syed,

Thank you for taking the time to apply to Senior Scientist, Clinical Genetics and Genomics, 393705BR. After thorough consideration by the hiring team for this particular role, unfortunately we have decided to move forward with candidates whose experience and qualifications are more closely aligned to the needs of this role.

We appreciate this is disappointing, however, as Novartis group continues to evolve new opportunities become available regularly. To this end, we would like to keep your details on file to ensure you do not miss out on any roles that may be more suited to you in the near future and encourage you to keep your resume updated within our database.

Your information will be added to our talent system and will be accessible by Talent Acquisition for future opportunities. Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Should you no longer wish us to hold your information, please email ats.support@novartis.com requesting this. Click here to access the full Data Privacy statement.

After 20 years with Novartis Group, Sandoz has shared its intention to become a standalone company in late 2023. Sandoz will continue to partner with Novartis on the use of talent acquisition technology until 2025. For further information on the use of your personal information, please refer to our data privacy policy.

Thank you again for taking the time to consider this role at Novartis and we wish you every success in your career.

Kind regards
Talent Acquisition Team

Your candidate reference number is : 16600708
This message is sent from an unattended mailbox.


# NOVARTIS

ↄ NOVARTIS | Reimagining Medicine

Home     Candidate Zone ∨     Sign Out

⊖ Back

Hello, Syed Rafi!

Jobs     Applications (2)     Job Searches and Alerts

Saved Applications (1) ∨

Submitted Applications (1) ∧                    Filter by status: | All statuses                    ∨ |

Senior Scientist, Clinical G...

Status: Company Not Interested -
22-Mar-2024

€ English (United States)                    Terms of use                    Privacy Policy

Infinite Talent Privacy Statement

This website uses cookies. We use cookies to temporarily store application state and manage the user session. Click 'Ok, got it' to accept or click 'More Information' to learn more about the cookies

More Information     Ok, got it

## Your candidate reference number - Novartis.

From: Novartis (donotreply@trm.brassring.com)

To:     rafigene@yahoo.com

Date:   Wednesday, March 20, 2024 at 03:03 PM EDT



Dear Syed Rafi,

Thank you for your interest in Novartis and your application for Senior Scientist, Clinical Genetics and Genomics 393705BR. Your candidate reference number is 16600708.
We will review your application for this position and follow up with you as soon as possible.Your information will be added to our talent system and will be accessible by Talent Acquisition for future opportunities. Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Should you no longer wish us to hold your information, please email ats.support@novartis.com requesting this. Click here to access the full Data Privacy statement.

After 20 years with Novartis Group, Sandoz has shared its intention to become a standalone company in late 2023. Sandoz will continue to partner with Novartis on the use of talent acquisition technology until 2025. For further information on the use of your personal information, please refer to our data privacy policy.

To access your Novartis Job Account click here

We wish you every success with your application and thank you again for your interest in becoming a part of team Novartis.
Kind regards
Talent Acquisition Team

*This message is sent from an unattended mailbox.*

 NOVARTIS



# NOVARTIS

# Senior Scientist, Clinical Genetics and Genomics

Job ID:
393705BR

Mar 19, 2024

USA

## About the Role

This role is located in Cambridge, MA and will not have the ability to be located remotely.

About the role:

In this laboratory-based scientist role in BMD, you will apply your hand-on expertise to implement genetics and genomic assays including targeted and NGS-based technologies. You will work in close collaboration with Biomarker Development colleagues and clinical teams to implement clinical biomarker plans.

Your Key Responsibilities:

• Develop, validate and implement innovative genetic and genomic biomarker assays for clinical studies
• Generate and interpret data to enable proof of mechanism, dose selection & proof of biology across early clinical programs and present results at internal meetings
• Partner with outsourcing functions to evaluate new CROs, drive transitioning and monitoring of internally developed assays to external vendors
• Conduct activities according to the appropriate SOPs and guidelines in compliance with Novartis quality expectations and Values and Behaviors
• Develop knowledge in additional biomarker modalities and/or technologies

• Network internally and externally to expand scientific and technical knowledge

Our Expectations:

• Develop and validate fit-for-purpose biomarker solutions
• Independently design, execute, and interpret experiments
• Ensure high quality and timely delivery of internal and external results
• Providing subject matter expertise for transferring, implementation and monitoring of assay development, validation and sample analysis at external provider

## Diversity & Inclusion / EEO

*We are Equal Opportunity Employers and take pride in maintaining a diverse environment. We do not discriminate in recruitment, hiring, training, promotion or other employment practices for reasons of race, color, religion, gender, national origin, age, sexual orientation, gender identity or expression, marital or veteran status, disability, or any other legally protected status. We are committed to building diverse teams, representative of the patients and communities we serve, and we strive to create an inclusive workplace that cultivates bold innovation through collaboration and empowers our people to unleash their full potential.*

**Accessibility and Reasonable Accommodations:** Individuals in need of a reasonable accommodation due to a medical condition or disability for any part of the application process, or to perform the essential functions of a position, please let us know the nature of your request, your contact information and the job requisition number in your message:

- Novartis: e-mail us.reasonableaccommodations@novartis.com or call +1 (877)395-2339

- Sandoz: e-mail reasonable.accommodations@sandoz.com or call: +1-609-422-4098

## Role Requirements

Essential Requirements:

• BS/MS degree in Biology, Immunology, Cell biology, or equivalent and 5+ years of relevant professional experience

• Experience in PCR based assays development (e.g. qPCR, ddPCR) and related software analysis

• Experience in profiling genomic technologies, such as RNAseq, scRNAseq and DNAseq

• Ability to communicate effectively with excellent presentations skills.

Desirable Requirements:

• NGS data analysis skills

• Professional experience in the pharmaceutical or biotechnology environment, particularly in clinical biomarker development and bioanalytical assays for genetic and genomic biomarkers

• Competent in nucleic acid extractions from human clinical samples (whole blood, tissues & other body fluids)

Why Novartis: Our purpose is to reimagine medicine to improve and extend people's lives and our vision is to become the most valued and trusted medicines company in the world. How can we achieve this? With our people. It is our associates that drive us each day to reach our ambitions. Be a part of this mission and join us! Learn more here:
https://www.novartis.com/about/strategy/people-and-culture

You'll receive:
You can find everything you need to know about our benefits and rewards in the Novartis Life Handbook.
https://www.novartis.com/careers/benefits-rewards

Commitment to Diversity & Inclusion: Novartis is committed to building an outstanding, inclusive work environment and diverse teams' representative of the patients and communities we serve.

Accessibility and Reasonable Accommodations: The Novartis Group of Companies are committed to working with and providing reasonable

accommodation to individuals with disabilities. If, because of a medical condition or disability, you need a reasonable accommodation for any part of the application process, or in order to perform the essential functions of a position, please send an e-mail to tas.nacomms@novartis.com call +1(877)395-2339 and let us know the nature of your request and your contact information. Please include the job requisition number in your message.

Novartis Compensation and Benefit Summary: The pay range for this position at commencement of employment is expected to be between $92,800 - $139,200/year; however, while salary ranges are effective from 1/1/24 through 12/31/24, fluctuations in the job market may necessitate adjustments to pay ranges during this period. Further, final pay determinations will depend on various factors, including, but not limited to geographical location, experience level, knowledge, skills, and abilities. The total compensation package for this position may also include other elements, including a sign-on bonus, restricted stock units, and discretionary awards in addition to a full range of medical, financial, and/or other benefits (including 401(k) eligibility and various paid time off benefits, such as vacation, sick time, and parental leave), dependent on the position offered. Details of participation in these benefit plans will be provided if an employee receives an offer of employment. If hired, employee will be in an "at-will position" and the Company reserves the right to modify base salary (as well as any other discretionary payment or compensation program) at any time, including for reasons related to individual performance, Company or individual department/team performance, and market factors.

Join our Novartis Network: If this role is not suitable to your experience or career goals but you wish to stay connected to learn more about Novartis and our career opportunities, join the Novartis Network here: https://talentnetwork.novartis.com/network

**Why Novartis:** Helping people with disease and their families takes more than innovative science. It takes a community of smart, passionate people like you. Collaborating, supporting and inspiring each other. Combining to achieve breakthroughs that change patients' lives. Ready to create a brighter future together? https://www.novartis.com/about/strategy/people-and-culture

Case 1:25-cv-11276-RGS    Document 1    Filed 04/21/25    Page 30 of 140



**What**   Job title, keywords, or comp

**Where**   City, state, zip code, or "ren

# Senior Scientist, Clinical Genetics and Genomics

Novartis ☑ ★★★★☆ 4,275 reviews ☑

Cambridge, MA

$92,800 - $139,200 a year  - Full-time

**Novartis**

★★★★☆ 4,275 reviews

Read what people are saying about working here.

**Job**   Company



# Profile insights

Here's how the job qualifications align with your profile ☑.

💡 **Skills**

✓ PCR ∨    ✓ Data analysis skills ∨    ✓ Assays ∨    ✓ Analysis skills ∨

📖 **Education**

✓ Master's degree ∨    ✓ Bachelor's degree ∨

# Job details

Here's how the job details align with your profile ☑.

💲 **Pay**

$92,800 - $139,200 a year ∨

💼 **Job type**

 **Full-time** ∨

## Location

📍 Cambridge, MA

## Benefits

Pulled from the full job description

- 401(k)
- Health insurance
- Paid time off
- Parental leave
- RSU

## Full job description

393705BR

**Senior Scientist, Clinical Genetics and Genomics**

USA

### About the role

This role is located in Cambridge, MA and will not have the ability to be located remotely.

About the role:

In this laboratory-based scientist role in BMD, you will apply your hand-on expertise to implement genetics and genomic assays including targeted and NGS-based technologies. You will work in close collaboration with Biomarker Development colleagues and clinical teams to implement clinical biomarker plans.

Your Key Responsibilities:

- Develop, validate and implement innovative genetic and genomic biomarker assays for clinical studies
- Generate and interpret data to enable proof of mechanism, dose selection & proof of biology across early clinical programs and present results at internal meetings
- Partner with outsourcing functions to evaluate new CROs, drive transitioning and monitoring of internally developed assays to external vendors
- Conduct activities according to the appropriate SOPs and guidelines in compliance with Novartis quality expectations and Values and Behaviors
- Develop knowledge in additional biomarker modalities and/or technologies
- Network internally and externally to expand scientific and technical knowledge

Our Expectations:

- Develop and validate fit-for-purpose biomarker solutions
- Independently design, execute, and interpret experiments
- Ensure high quality and timely delivery of internal and external results
- Providing subject matter expertise for transferring, implementation and monitoring of assay development, validation and sample analysis at external provider

## EEO Statement

*We are Equal Opportunity Employers and take pride in maintaining a diverse environment. We do not discriminate in recruitment, hiring, training, promotion or other employment practices for reasons of race, color, religion, gender, national origin, age, sexual orientation, gender identity or expression, marital or veteran status, disability, or any other legally protected status. We are committed to building diverse teams, representative of the patients and communities we serve, and we strive to create an inclusive workplace that cultivates bold innovation through collaboration and empowers our people to unleash their full potential.*

**Accessibility and Reasonable Accommodations:** Individuals in need of a reasonable accommodation due to a medical condition or disability for any part of the application process, or to perform the essential functions of a position, please let us know the nature of your request, your contact information and the job requisition number in your message:

- Novartis: e-mail us.reasonableaccommodations@novartis.com or call +1 (877)395-2339
- Sandoz: e-mail reasonable.accommodations@sandoz.com or call: +1-609-422-4098

## Role Requirements

Essential Requirements:

- BS/MS degree in Biology, Immunology, Cell biology, or equivalent and 5+ years of relevant professional experience
- Experience in PCR based assays development (e.g. qPCR, ddPCR) and related software analysis
- Experience in profiling genomic technologies, such as RNAseq, scRNAseq and DNAseq
- Ability to communicate effectively with excellent presentations skills.

Desirable Requirements:

- NGS data analysis skills
- Professional experience in the pharmaceutical or biotechnology environment, particularly in clinical biomarker development and bioanalytical assays for genetic and genomic biomarkers

- Competent in nucleic acid extractions from human clinical samples (whole blood, tissues & other body fluids)

Why Novartis: Our purpose is to reimagine medicine to improve and extend people's lives and our vision is to become the most valued and trusted medicines company in the world. How can we achieve this? With our people. It is our associates that drive us each day to reach our ambitions. Be a part of this mission and join us! Learn more here: https://www.novartis.com/about/strategy/people-and-culture

You'll receive:
You can find everything you need to know about our benefits and rewards in the Novartis Life Handbook.
https://www.novartis.com/careers/benefits-rewards

Commitment to Diversity & Inclusion: Novartis is committed to building an outstanding, inclusive work environment and diverse teams' representative of the patients and communities we serve.

Accessibility and Reasonable Accommodations: The Novartis Group of Companies are committed to working with and providing reasonable accommodation to individuals with disabilities. If, because of a medical condition or disability, you need a reasonable accommodation for any part of the application process, or in order to perform the essential functions of a position, please send an e-mail to tas.nacomms@novartis.com call +1(877)395-2339 and let us know the nature of your request and your contact information. Please include the job requisition number in your message.

Novartis Compensation and Benefit Summary: The pay range for this position at commencement of employment is expected to be between $92,800 - $139,200/year; however, while salary ranges are effective from 1/1/24 through 12/31/24, fluctuations in the job market may necessitate adjustments to pay ranges during this period. Further, final pay determinations will depend on various factors, including, but not limited to geographical location, experience level, knowledge, skills, and abilities. The total compensation package for this position may also include other elements, including a sign-on bonus, restricted stock units, and discretionary awards in addition to a full range of medical, financial, and/or other benefits (including 401(k) eligibility and various paid time off benefits, such as vacation, sick time, and parental leave), dependent on the position offered. Details of participation in these benefit plans will be provided if an employee receives an offer of employment. If hired, employee will be in an "at-will position" and the Company reserves the right to modify base salary (as well as any other discretionary payment or compensation program) at any time, including for reasons related to individual performance, Company or individual department/team performance, and market factors.

Join our Novartis Network: If this role is not suitable to your experience or career goals but you wish to stay connected to learn more about Novartis and our career opportunities, join the Novartis Network here: https://talentnetwork.novartis.com/network

**Division**

Biomedical Research

Case 1:25-cv-11276-RGS    Document 1    Filed 04/21/25    Page 34 of 140

**Business Unit**

Translational Medicine

**Work Location**

Cambridge, MA

**Company/Legal Entity**

NIBRI

**Functional Area**

Research & Development

**Job Type**

Full Time

**Employment Type**

Regular

**Shift Work**

No

**Early Talent**

No

Senior Scientist jobs in Cambridge, MA

Jobs at Novartis in Cambridge, MA

Senior Scientist salaries in Cambridge, MA

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries    Indeed Events    Work at Indeed

Countries    About    Help Center    ESG at Indeed

© 2024 Indeed    Your Privacy Choices    Accessibility at Indeed    Privacy Center and Ad Choices    Terms

## Letter of Interest

### Senior Scientist, Clinical Genetics and Genomics at Novartis

I am seeking this laboratory-based Scientist in BMD to apply my hand-on expertise to implement genetics and genomics assays including targeted and NGS-based technologies, and to implement clinical biomarker plans in collaboration with biomarker development colleagues and clinical teams, given my extensive molecular genetics, genomics, proteomics, and molecular biology research experience, genetics and genomics project studies that have resulted in peer-reviewed research publications in the fields of medical genetics and genomics, pharmaco-genetics and pharmaco-proteomics, and cell-signaling: see the list of relevant publications below.

These research studies are based on the next generation whole exome and genome sequencing technologies and pathognomonic variant calling methodologies. In these research studies, I have conducted an in-depth analysis of pathognomonic genomic variants about autism, neurodevelopmental disorders, infertility and obesity, and aplastic anemia. Through cyto-genomics, I have cataloged known autism as well as other diseases causing genes.

I have research-based experience in genomic and proteomic Ingenuity Pathway studies, which is vital for detecting deleterious perturbation in physiological pathways due to any genomic aberration that is identified through next-generation whole genome or whole exome sequencing technologies.

The genomic and proteomic Ingenuity pathway studies in my pharmaco-genomics and pharmaco-proteomics research projects were aimed at identifying the genotoxic perturbation of Topiramate: see, https://doi.org/10.1371/journal.pone.0246989.

In this novel study, as the lead author, I have extensively studied the perturbations in whole genome expression profiles as well as phosphorylated protein profiles, and thus identified perturbations in key signaling pathways, such as Wnt signaling, and TGF-beta mediated signaling.

Wnt signaling is already known to play a major role in causing more virulent forms of breast, ovarian, lung, and colon cancers. Several oncogenic mutations in solid tumors and hematological malignancies show specific perturbations in key signaling pathways. Therefore, now several commercial companies are beginning to offer the signaling pathway perturbation- as a diagnostic service in addition to conventional cancer cytogenetic and FISH diagnostics, as a personalized medicine approach, since patients with specific signaling pathway perturbation only respond to specific chemotherapy regimens. Perturbations in a definite set of molecular genetic markers, protein interactomes, and signaling pathways are already implicated in more virulent forms of drug-resistant leukemia, lung, breast, ovarian, pancreatic, and colon cancers requiring personalized medicine approach for their effective treatment.

During 2015 through 2019, I participated in the ACMG Genomic Case Conferences, entitled, Expanding the Role of Whole Exome Sequencing into the Prenatal Setting, which

1

was hosted by Baylor College of Medicine. These conferences were designed to enable participants to:

1. Identify prenatal cases that warrant evaluation by clinical Whole Exome Sequencing (WES);
2. Discuss the complexities and barriers to offering WES in the prenatal setting; &
3. Explain the optimization of clinical WES tests to allow rapid turnaround time in the prenatal setting.

From 2015 through 2017, I also participated in the annual Pediatric Genomic Medicine conferences focused on Neurodevelopmental Disorders and Genomes of Newborns, which were held at the Children's Mercy Hospital, UMKC, Kansas City, MO. The goal of these NIH-sponsored meetings was to assess the feasibility of introducing the next-generation sequencing for rapid genomic diagnosis of newborns.

In the past, I have served as the institutional cancer cytogeneticist for the National Cancer Institute's Cancer and Leukemia- Group-B (CALGB) project at Walter Reed Army Medical Center and the Armed Forces Institute of Pathology, Washington, DC. After serving as the associate director of the clinical cytogenetics division at the Armed Forces Institute of Pathology, I successfully established (from de novo) a diagnostic cytogenetics laboratory in the State of Maryland (Rockville, MD.) with the issuance of the State license to direct the laboratory. (See resume attached herewith).

During my tenure at the Walter Reed Army Medical Center and the Armed Forces Institute of Pathology, Washington, DC, as an independent investigator, I have served as principal investigator of the U.S. Department of Defense research project about genomic fragility under hypo and hyper oxygen tensions, which was published. (See resume attached herewith).

As desired, I possess an excellent grasp of medical genetics and genomics, to augment the personalized pharmacogenomic medicine service.

I have served as an independent research scientist and sustained productive collaborative relationships within and outside organizations nationally and internationally. I have mentored and given lectures as Co-Director of the Genetics annual course while serving at the Armed Forces Institute of Pathology, Walter Reed Army Medical Center, Washington, DC. I will be interested in teaching and/or student mentorship.

I possess practical knowledge and laboratory experience in performing most of molecular biology techniques, including targeted gene sequencing, PCR, electrophoresis, and cloning, and capable of multitasking and prioritizing laboratory and data analysis tasks. I possess strong interpersonal skills and the ability to lead the successful completion of experiments. I inherently pay attention to detail and accuracy, and very much capable of working independently and in a team environment.

Contact information for references will be provided upon request.

I appreciate your consideration.

2

*K. Syed Rafi*

Syed K. Rafi, Ph.D.                                                        **May 2024**
3237 Apex Circle
Falls Church, VA. 22044.
Cell.# 816 787 4366
Email: rafigene@yahoo.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**EXHIBIT # 2**

# Your candidate reference number - Novartis.

From: Novartis (donotreply@trm.brassring.com)

To: rafigene@yahoo.com

Date: Tuesday, January 13, 2015 at 11:07 PM EST

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for **Associate Director, Cytogenetics** 156672BR. Your candidate reference number is 11291996.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

**EXHIBIT # 3**

## Your candidate reference number - Novartis.

From: Novartis (donotreply@trm.brassring.com)

To: rafigene@yahoo.com

Date: Monday, November 10, 2014 at 10:08 PM EST

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear SYED RAFI,

Thank you for your interest in Novartis and your application for Head of Applied Human Genetics and Genomics, BMD 146271BR. Your candidate reference number is 11291996.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

**EXHIBIT # 4**

## Your Application

From: novartis.staffing.noreply@brassring.com (enterprise@trm.brassring.com)

To: rafigene@yahoo.com

Date: Friday, May 13, 2011 at 12:47 PM EDT

Dear Syed Rafi,

Thank you for your interest in Novartis. Please be informed that your online resume has been reviewed for the following position: Director level drug discovery role in oncology (79048BR).

However, after thorough consideration by the hiring team, we have identified other candidates whose credentials and qualifications are a closer match to the needs of this position.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume and we will continue to consider your application for other positions within the Novartis Group Companies. Please keep your resume updated in our global talent database and apply directly for positions that are a good match for your skills and experience. If you wish to delete your information, please email brassring.queries@novartis.com.

We wish you every success in your future endeavors.

Sincerely,

Staffing Human Resources
Novartis Group Companies

http://www.novartis.com/careers/job-search

Your candidate reference number - Novartis.

From: Novartis (donotreply@trm.brassring.com)

To:     rafigene@yahoo.com

Date: Wednesday, April 27, 2011 at 07:57 PM EDT

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for
Director level drug discovery role in oncology 79048BR. Your candidate reference number is 8130155.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

**EXHIBIT # 5**

# Your candidate reference number - Novartis.

From:  Novartis (donotreply@trm.brassring.com)

To:     rafigene@yahoo.com

Date:  Friday, April 29, 2011 at 11:41 AM EDT

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for
Sr Scientist - Molecular Diagnostics 80733BR. Your candidate reference number is 8125084.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

**EXHIBIT # 6**

# Your candidate reference number - Novartis.

From: Novartis (donotreply@trm.brassring.com)

To: rafigene@yahoo.com

Date: Wednesday, April 27, 2011 at 12:06 AM EDT

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for
Associate Director, Diagnostics Discovery 75786BR. Your candidate reference number is 8125084.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

**EXHIBIT # 7**

## Your candidate reference number - Novartis.

From: Novartis (donotreply@trm.brassring.com)

To:     rafigene@yahoo.com

Date:  Monday, April 25, 2011 at 10:46 PM EDT

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for
Director Diagnostics Discovery 80301BR. Your candidate reference number is 8125084.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

**EXHIBIT # 8**

# ABMGG-Accredited Clinical Laboratory Training Programs, by State

**As of August 1, 2014**

2014

Total # programs: **45**

Total # programs in Clinical Biochemical Genetics: **28**

Total # programs in Clinical Cytogenetics: **44**

Total # programs in Clinical Molecular Genetics: **41**

| Program Contact Information | Post-Doctoral Lab Fellowships Offered | | |
| --- | --- | --- | --- |
| | Clinical Biochemical Genetics | Clinical Cytogenetics | Clinical Molecular Genetics |
| **CONNECTICUT** | | | |
| **Yale University School of Medicine**<br>Department of Genetics<br>333 Cedar Street<br>P.O. Box 208005<br>New Haven, CT 06520-8005<br><br>Program Director & Contact:  Dr. Allen Bale<br>Tel:      (203) 785-5749<br>Email:  allen.bale@yale.edu<br>URL:    http://medicine.yale.edu/genetics/index.aspx | √ | √ | √ |
| **FLORIDA** | | | |

# American Board of Medical Genetics and Genomics

## Accredited Clinical Laboratory Training Programs (By State)

Total Programs: 43        Clinical Biochemical Genetics: 22        Laboratory Genetics and Genomics: 42

| State | Institution | Fellowships Offered | | Contact Information |
|---|---|---|---|---|
| | | Clinical Biochemical Genetics | Laboratory Genetics and Genomics | |
| Alabama | University of Alabama at Birmingham | Y | Y (3 year) | Department of Genetics<br>Kaul 230, 720 20th Street South<br>Birmingham, AL 35294<br><br>Program Director: Dr. Jon Sharer<br>Contact: Demetria Blakely-Stoudermire<br>Tel: (205) 934-9411 |
| Connecticut | Yale University | | Y | Department of Genetics<br>333 Cedar Street<br>P.O. Box 208005<br>New Haven, CT 06520-8005<br><br>Program Director: Dr. Allen Bale<br>Contatct: Kristianne Cretella<br>Tel: (203) 785-2649 |
| Florida | University of Miami School of Medicine & Jackson Memorial Hospital | | Y | Biomedical Research Building<br>1501 N.W. 10 Avenue, Room 613<br>Miami, FL 33136-1012<br><br>Program Director:  Dr. Deborah Barbouth<br>Contact:  Chwanda Frazier<br>Tel: (305) 243-6056 |

2018

2

# EXHIBIT # 9

8167874366

- · **Email:**

rafigene@yah

· = Required Field.

## Inquiry Release / Background Info Request

In connection with my application with STANFORD HEALTH CARE, I understand that investigative background inquiries may be made on myself including but not limited to previous employer verifications, education verifications, criminal convictions or history, Social Security, trace reports, and other consumer reports. These reports may include reasons for termination of past employment from previous employers. Further, I understand that STANFORD HEALTH CARE and/or its authorized agent may be requesting information from various Federal, State, and other agencies which maintain records concerning my past activities relating to my driving, credit, criminal, civil and other experiences, and may include information involving me in the files of insurance companies.

Please note that this background request will not be initiated until a verbal offer of employment has been made.

I hereby authorize and release, without reservation, USA-FACT (Consumer Reporting Agency) and STANFORD HEALTH CARE, and their employees or assigns from any and all claims, actions, suits, agreements, or liabilities arising from the release of said information to STANFORD HEALTH CARE. Your background information will be submitted by:

USA-FACT, Inc
6200 Box Springs Blvd.
Riverside, CA 92507
(951) 656-7800.
www.usafact.com

I am consenting that a photocopy of this authorization be accepted with the same authority as the original, and I specifically waive any written notice from any present or former employer who may provide information based on this authorized request. I understand this authorization is to be part of the written employment application that I sign.

I have been given a stand-alone consumer notification that a report will be requested and used for the purpose of evaluating me for employment, promotion, reassignment or retention as an employee. If hired, this authorization shall remain on file and shall serve as an ongoing authorization for STANFORD HEALTH CARE to procure consumer reports or investigative consumer reports (including sex offender database checks) at any time during my employment period.



**Stanford**
HEALTH CARE

# Career Opportunities

Contact Information ✓

Fill from my resume
Enter your contact information. Remember to click *Save Changes* when you are finished.

- · Last Name(Legal as it appears on your SS card):

  Rafi

- · First Name(Legal as it appears on your SS card):

  Syed

- Middle Name:

  kHADER

- Address:

  323 Aped Cir

- Address:

  3237 Apex Cir

- · City:

  Falls Church

- · State (ST):

  VA ▼

- · Zip/Postal Code:

  22044

- · Primary Phone





Enter a job title | title

Genomic Variant

22038

Find Jobs Near You

▶ Advanced Search

 

# Clinical Molecular Geneticist Precision Medicine For Military Medical Education And Research, Henry M Jackson Foundation - Bethesda , MD

**About Henry M Jackson Foundation**

Posted on 2/9 2021

**Company:** Henry M Jackson Foundation
**Job Title:** Clinical Molecular Geneticist Precision Medicine For Military Medical Education And Research
**Location:** Bethesda , MD

TRUSTe Privacy Certification

## Apply Here

## Job Description

AUSA Jobs Central

Job Search Keywords

Submit Search

1. Career Center Home
2. Search Jobs
3. Clinical Molecular Geneticist Precision Medicine For Military Medical Education And Research

H

Clinical Molecular Geneticist Precision Medicine For Military Medical Education And Research

Henry M. Jackson Foundation
Bethesda, Maryland, United States
5 days ago

Apply Now

Description
Job Details Description Join the HJF Team HJF is seeking a Clinical Molecular Geneticist to support Precision Medicine for Military Medical Education and Research (PRIMER) located at Uniformed Services University in Bethesda, MD. HJF provides scientific, technical and programmatic support services to PRIMER US citizenship is required. This position requires a highly motivated individual with experience analyzing and interpreting genomic data, in the advancement of genomics in DoD healthcare and research. He/she will be leading the genome variant interpretation section. They will be responsible for development of those procedures/protocols and supervision of the teams doing that work and be involved in the larger genome variant research community outside the university Responsibilities: Collaborate with a team of scientists, bioinformaticians, genetic counselors, geneticists, and directors to refine clinical genomic variant interpretation analysis. (30%) Review, interpret, and report participant results reliably, accurately, and with integrity. (30%) Supervising and training junior laboratory staff and medical technical officers. (15%) Keeping up to date with developments in the profession. (15%) Attending conferences and relevant training sessions. (10%) Required Knowledge, Skills and Abilities: Ph.D. in related scientific discipline who can correctly perform and interpret molecular analyses relevant to the diagnosis and management of human genetic diseases, and who can act as a consultant regarding laboratory diagnosis of a broad range of molecular genetic disorders. Board-certification/eligible in clinical molecular genetics is required. Experience analyzing and interpreting clinical genomic data and next generation sequencing data. Experience with Microsoft Excel An understanding of the heterogeneity, variability, and natural history of molecular genetic disorders, A broad knowledge of evolving technology including CGH microarray and next generation DNA sequencing, and their application to genomic medicine. (1) basic molecular biology and genetics, (2) the application of molecular genetic techniques to the diagnosis of genetic diseases, and (3) the etiology, pathogenesis, clinical manifestations, and management of human genetic disorders, Diagnostic and interpretive skills in a wide range of clinical molecular genetics problems, and The ability to

communicate molecular diagnostic laboratory results in the capacity of a consultant to medical genetics professionals and other clinicians. Minimum Education: Doctoral degree required. Minimum Experience/ Training Requirements: 8-10 years of relevant work experience. Required Licenses, Certification or Registration: Board Eligible/Certification in clinical molecular genetics required. Background/Security: U.S. citizenship required; eligible to obtain and maintain a Tier III Investigation/ Secret Clearance. Employment with HJF is contingent upon successful completion of a background check, which may include, but is not limited to, contacting your professional references, verification of previous employment, addresses, education, and credentials, a criminal background check, drug screening, and a department of motor vehicle (DMV) check. Any qualifications to be considered as equivalents, in lieu of stated minimums, require the prior approval of the Chief Human Resources Officer. Qualifications Education Required Doctorate (Academic) or better. Experience Required 8-10 years  8-10 years

} PTD FOR MAGNIFIED VIEW

Job Information
* Job ID: f14adde5-1968060810
* Location
Bethesda, Maryland, United States

Jobs You May Like

D
Account Executive Business Development - Army
DELL
Washington, DC, United States
J
Joint Johns Hopkins/Army Research Lab Postdoctoral..
Johns Hopkins University
Baltimore, MD, United States
CB
Real Estate Agent
Coldwell Banker
Bethesda, MD, United States
F
Insurance Agency Owner (Flex)
Farmers Insurance Group
Bethesda, MD, United States

No content

No content

Insert additional messaging here.

We use cookies on this site to enhance your experience. By using our website you accept our use of cookies.

Cookies

YourMembership uses cookies for your convenience and security. Cookies are text files stored on the browser of your computer and are used to make your experience on web sites more personal and less cumbersome. You may choose to decline cookies if your browser permits, but doing so may affect your ability to access or use certain features of this site. Please refer to your web browser's help function for assistance on how to change your preferences.

View complete Cookie Policy

Apply Here

*Page 2, lines 7-10 of Jackson Foundation Job add, affirming, as alleged, the mandatory requirement of contacting Dr. Rafi's ABMG training director at Yale (Dr. Bale) as a verification / referencing of his professional ABMG training / education and employment at Yale, as mentioned in Dr. Rafi's resume:*

"completion of a background check,
which may include, but is not limited to, contacting your professional references,
verification of previous employment, addresses, education, and credentials" ...

# EEOC: COMPLAINANT'S REBUTTALS TO
# RESPONDENT'S STATEMENTS, DATED NOV. 15, 2024

December 12, 2024

## Re: Syed Rafi, PhD., vs Novartis Group Companies

## COMPLAINANT'S REBUTTALS TO RESPONDENT'S STATEMENTS DATED NOVEMBER 15, 2024

## EEOC CHARGE # 570-2024-04566

**I.** **46-Year-Old Chinese Male, Was Specifically Seeking An Individual Who Was Actively Doing Bench Scientist Work Or Had Extensive Experience**

On page 4, paragraph 2, Novartis responded: *"In addition, the hiring manager for this role………a 46-year-old Chinese male, was specifically seeking an individual who was actively doing bench scientist work **or had extensive experience."** [Emphasis added].*

It is clear from the above statement that the 46-year-old Chinese male hiring manager by selecting the Chinese female candidate has affirmed the three alleged discriminatory factors in this complaint: i.e.,

**(1)** He opted for a female *[gender-based discrimination]*;

**(2)** He opted for a non-Muslim *[religion-based discrimination]*, and

**(3) Given his Chinese ethnicity, he also opted for hiring a Chinese candidate *[race-based discrimination]*, although she neither possesses appropriate education, qualification, training, and experience to serve as <u>Senior</u> Scientist in Clinical Genetics and Genomics.**

## II.    Novartis's Deceptive and Unfounded Assertions

**Contrary to Novartis's assertions:**

1. That the successful candidate had significant and more "relevant" experience, in the laboratory and bench scientist, and Novartis declined to hire Dr. Rafi for the Senior Scientist, Clinical Genetics and Genomics position because he was not the most qualified candidate for the role, as his experience was not in line with the requirements of the position;

2. The successful candidate had significant and more "relevant" experience, in the laboratory and bench scientist, Novartis declined to hire him as a Senior Scientist in clinical Genetics and Genomics because he was not the most qualified candidate for the position ........ the successful candidate had significant and more "relevant" experience in the laboratory and as a bench scientist *[See Novartis response at page 5, paragraph 2, item B (emphasis added]*; and

3. Novartis declined to hire Dr. Rafi for the Senior Scientist, Clinical Genetics and Genomics position because he was not the most qualified candidate for the role, as his experience was not

in line with the requirements of the position *[See Novartis response at page 5, paragraph 3, item C, last 3 lines [emphasis added]:*

A.  **The Selected Chinese-Ethnic, Female Applicant, Apparently Devoid of Any EEO/EEOC Complaint Background at the Time of Her Selection, And a Non-Muslim- Exclusively Possesses Educational Qualifications in Food Science and Engineering and Food Metabolism: Biochemistry and Genetics**

Her initial B.Sc., and M.Sc., degrees from Jiangnan University in China are in Food Science and Engineering; these degrees are not even in the field of general biology where one could at least have studied the cell biology and basic genetics of living organisms, plants, or animals. Therefore, these two degrees disqualify her from serving even as a genomics laboratory scientist who could comprehend Clinical Genetics and Genomics, as they pertain to human genetics diseases and abnormalities and how genomic abnormalities affect gene function and the resultant molecular physiological pathway abnormalities affecting human embryonic development and clinical genetic disease manifestations.

**These initial B.Sc., and M.Sc., degrees certainly qualify her to serve as a food science specialist at a major food factory or restaurant.**

**Her additional M.Sc., degree from Tufts University is also in Nutritional Biochemistry & Metabolism with a minor in genetics.  This again is in the field of food science as it specifically pertains to food metabolism: biochemistry and genetics.  This degree too is NOT equipping her to comprehend human genetic disease pathophysiology and clinical genetics.** *[See Novartis response: Exhibit 5: Selected candidate's Education].*

B.  **She Also Has No Record of Having Taken Courses in the Specialized Field of Medical Genetics or Clinical Genomics**

Her two first-author publications in 2013 & 2018 are exclusively about the analysis methods of RNA sequencing.  Moreover, the 2013 RNA seq methodology analysis publication is co-authored by 13 other authors which heavily dilutes her contribution *per se.*  Next, her 2018 publication also has 11 other co-authors which again heavily dilutes her contribution *per se.*

To reiterate, these two publications exclusively pertain to technical/analytical methods, and they do not involve any clinical genomics study.  In these two first-author publications, as well as in her seven other secondary or tertiary author publications, her contributions are that of a laboratory technologist, and therefore, she is NOT fit to serve as a SENIOR SCIENTIST who is

Page 2

capable of applying hands-on expertise to implement clinical genetics and genomic assays including targeted and NGS-based technologies to reliably implement clinical biomarker plans.

**Such purely technical individuals who lack comprehensive knowledge of medical genetics and clinical genomics should NOT be relied upon to reliably implement clinical biomarker plans.** *[See Novartis response: Exhibit 5: Selected candidate's Education].*

**C.** **Individuals Who Lack Comprehensive Knowledge of Medical Genetics and Genomics Can NOT And Should NOT Be Involved In:**

- Developing and validating fit-for-purpose biomarker solutions;
- Independently designing, executing, and interpreting experiments;
- Ensuring high quality and timely delivery of internal and external results; and
- Providing subject matter expertise for transferring, implementing, and monitoring assay development, validation, and sample analysis.

*[*See Exhibit # 1 *Job Advertisement: Job Expectations].*

Only as a research assistant at Tuft University's Nutrition and Genomics Laboratory, she conducted genetic and genomic assays. But they pertain to Nutritional Biochemistry & Metabolism and therefore, are not clinical/medical genetic and clinical genomic assays. *[See Novartis response: Exhibit 5: Selected candidate's Experiences].*

Even though she has worked in pharmaceutical or biotechnology environments, she has no knowledge base (as noted above) and no laboratory experience per se (either as a technician or research assistant/associate scientist) in discovering clinical genomic biomarkers and in bioanalytical assay development,

**D.** **Such Technologists, Research Assistants, And Research Associates Who Utterly Lack Comprehensive Clinical Genetics, And Medical Genomics Education And Training Cannot Be Relied Upon:**

- To develop, validate, and implement innovative genetic and genomic biomarker assays for clinical studies;
- To generate and interpret data to enable proof of mechanism, dose selection & proof of biology across early clinical programs and present results at internal meetings;
- To partner with outsourcing functions to evaluate new CROs, drive transitioning and monitoring of internally developed assays to external vendors;
- To develop knowledge in additional biomarker modalities and/or technologies;
- To network internally and externally to expand scientific and technical knowledge, and
- To analyze NGS data of clinical samples.

*[See Exhibit # 1: Job Advertisement: Key Responsibilities].*

E.   **Therefore, The Selected Chinese-Ethnic Female Applicant, Apparently Devoid of Any EEO/EEOC Complaint Background at The Time of Her Selection, And A Non-Muslim- Is Neither Qualified to Serve as A "Senior" Clinical Geneticist nor Qualified to Serve as A "Senior" Clinical Genomics Scientist Since She Is:**

[a].   Incapable of applying hands-on expertise to implement clinical genetics and genomic assays including targeted and NGS-based technologies to reliably implement clinical biomarker plans;

[b].   Incapable of developing, validating, and implementing innovative genetic and genomic biomarker assays for clinical studies;

[c].   Incapable of generating and interpreting data to enable proof of mechanism, dose selection & proof of biology across early clinical programs and present results at internal meetings;

[d].   Incapable of effectively partnering with outsourcing functions to evaluate new CROs, drive transitioning, and monitor internally developed assays to external vendors;

[e].   Incapable of effectively developing knowledge in additional biomarker modalities and/or technologies;

[f].   Incapable of networking internally and externally to expand scientific and technical knowledge; and

[g].   Incapable of NGS data analysis **of clinical samples.**

*[See Exhibit # 1: Job Advertisement: Key Responsibilities]*

III.   **In Contrast, Dr. Rafi Has Described in His Curriculum Vitae and Evidenced in His Peer-Reviewed Publications His Extensive Hands-On Laboratory Experience in the "Relevant Field of Clinical Genetics"**

His professional training in medical genetics and clinical genetics, extensive laboratory-based research in the fields of cell biology, molecular developmental biology, clinical genetics and genomics, and pharmacogenetics are described and attested to in his peer-reviewed research articles *[Exhibit# 2: CV & Letter of Interest]*.

He has several recent and relevant laboratory research-based peer-reviewed research articles wherein he has discovered hitherto unknown clinical genomic biomarkers of aplastic anemia (blood cancer), teratology and pharmacogenomics of antiepileptic drug (Topiramate), neurodevelopmental disorders such as Autism Spectrum Disorders, Prader-Willi Syndrome/Angelman Syndrome, and Mowat-Wilson Syndrome *[Exhibit# 2]* Moreover, given his relevant experience in cell biology and molecular genetics, proteomics, and whole genome/exome NGS data analysis of clinical samples, as noted and evidenced in his CV *[Exhibit# 2]*. Therefore, he can reliably develop bioanalytical assays, as desired in this position.

Dr. Rafi was affiliated with Harvard/MIT- Broad Institute (Cambridge, MA) as well as at the Harvard Medical School's Clinical genetics and genomics program for three years while serving at the Children's Hospital Boston [HMS] as clinical laboratory scientist at GCRC. Given his relevant education, extensive training, and hands-on laboratory experience and research experience, he can effectively preform the following functions, as desired in this position:

- Developing and validating fit-for-purpose biomarker solutions;
- Independently designing, executing, and interpreting experiments;
- Ensuring high quality and timely delivery of internal and external results; and
- Providing subject matter expertise for transferring, implementing, and monitoring assay development, validation, and sample analysis.

[See *Exhibit # 1: Job Advertisement: Job Expectations*].

Given his relevant education, extensive training, and hands-on laboratory experience and research experience, he can also effectively meet the following responsibilities, as desired in this position:

- To develop, validate, and implement innovative genetic and genomic biomarker assays for clinical studies;
- To generate and interpret data to enable proof of mechanism, dose selection & proof of biology across early clinical programs and present results at internal meetings;
- To partner with outsourcing functions to evaluate new CROs, drive transitioning and monitoring of internally developed assays to external vendors;
- To develop knowledge in additional biomarker modalities and/or technologies;
- To network internally and externally to expand scientific and technical knowledge, and
- To analyze NGS data of clinical samples.

*[See Exhibit # 1: Job Advertisement: Job Key Responsibilities].*

## IV.  Essential Requirements Are Only Basic/Necessary/Critical/Key Requirements, And It Does NOT Mean It Is the Upper Limit, Contrary to The Footnote Argument in Novartis Response at Page 5, Footnote 8

**Dr. Rafi met the essential (basic) educational requirement of at least BS/MS degree in biology, and his Ph.D.-degree is a research degree in Genetics (Medical).  Furthermore, as required, he has 5+ years of "most relevant" professional experience.**

**As noted in his Curriculum Vitae [CV] submitted for this position,** he has extensive experience in PCR based assay development and related software analysis while serving at Kansas University Medical Center as Senior Laboratory Scientist and as a research project leader and has experience in profiling genomic technologies, such as RNAseq and DNAseq- which are evidenced in his followed peer-reviewed publications:

- ***Whole Exome Sequencing in Females with Autism Implicates Novel and Candidate Genes.*** Merlin G. Butler, **Syed K. Rafi,** Waheeda Hossain, Dietrich A. Stephan, D. & Manzardo, A. M. **Inter. J. Mol. Sci., 2015,** 1312-1335; doi:10.3390/ijms16011312.
  Link: https://www.mdpi.com/1422-0067/16/1/1312#metrics
  **Article Views: 12464**
  **Downloads:6501**
  **Citation:61**

- ***Anti-epileptic drug topiramate upregulates TGFβ1 and SOX9 expression in primary embryonic palatal mesenchyme cells: Implications for teratogenicity.***
  **Syed K. Rafi,** Jeremy P. Goering, Adam J. Olm-Shipman, Lauren A. Hipp, Nicholas J.    Ernst, Nathan R. Wilson, Everett G. Hall, Sumedha Gunewardena, Irfan Saadi. **PLoS ONE** 16(2): e0246989.
  https:doi.org/10.1371/journal.pone.0246989
  Published: February 12, **2021.** https://doi.org/10.1371/journal.pone.0246989
  **Article Access Statistics:**
  **Views: 2159**
  **Citations: 5**

- ***Exome sequencing reveals a thrombopoietin ligand mutation in a Micronesian family with autosomal recessive aplastic anemia.*** Majed J. Dasouki, **Syed K. Rafi,** Adam J. Olm-Shipman, Nathan R. Wilson, Sunil Abyankar, Brigitte Ganter, L. Mike Furness, Jianwen Fang, Rodrigo T. Calado, and Irfan Saadi. **BLOOD,** Oct.1, **2013;** doi:10.1182/blood-2012-12-473538.
  Link: https://ashpublications.altmetric.com/details/1958457/citations
  **Citation: 59**

- ***High Functioning Autism with Missense Mutations in Synaptotagmin-Like Protein 4 (SYTL4) and Transmembrane Protein 187 (TMEM187) Genes: SYTL4- Protein Modeling, Protein-Protein Interaction, and Expression Profiling and MicroRNA Studies.*** Syed K. Rafi, Alberto Fernández-Jaén, Sara Álvarez, Owen W. Nadeau, and Merlin G. Butler. **Int J Mol Sci., 2019** Jul 9;20(13):3358. https://www.mdpi.com/1422-0067/20/13/3358/notes
  PubMed PMID: 31323913; PubMed Central PMCID: PMC6651166.
  **Article Access Statistics**
  Link: https://www.mdpi.com/1422-0067/20/13/3358#metrics
  **Article Views: 5077**
  **Downloads: 2097**
  **Citations:14**

As desired in this position, he has effectively communicated and presented his research findings at conferences and as an invited speaker.

## V.    As Noted, and Attested to In His CV and Publications, He Has Also Met the Following Desirable Requirements for This Position

Dr. Rafi conducted pharmacogenomic laboratory research, which resulted in identifying genetic and genomic biomarkers in antiepileptic drug teratogenicity (https://doi.org/10.1371/journal.pone.0246989); identified genomic biomarkers in female autism cases (doi:10.3390/ijms16011312); and in deletion syndromes (PWS/AS) cases (http://www.mdpi.com/1422-0067/21/9/3296).

**As noted, and attested to in his CV and publications,** he is also experienced in nucleic acid extractions from human clinical samples (whole blood, tissues & other body fluids), as desired in this position, and he is an expert in cell and tissue cultures.

**VI.    Dr. Rafi Has Had Extensive Clinical Genetic, Genomic, As Well As Proteomic Hands-On Laboratory Experience as The Hiring Manger For This Position Specifically Wanted in This Position [See the Footnote Argument in Novartis Response at Page 5, Footnote 8**

**He has had extensive clinical genetic, genomic, as well as proteomic hands-on laboratory experience as the hiring manger specifically wanted in this position.** *[See the footnote argument in Novartis response at page 5, footnote 8.].*

**Importantly, he did not seek any higher pay scale than the declared pay scale for this position.**

It is indeed a common distracting illegitimate argument to deny consideration of highly qualified senior candidates such as Dr. Rafi by indicating that a Ph.D. level candidate would bring more education and experience than needed for a lower-level professional role within the organization *[See Novartis response footnote #8 at page 5]*.

More educational knowledge base and expertise even at lower levels of employment at Novartis is needed to propel Novartis ahead of other competing pharmaceutical companies. Dr. Rafi has demonstrated his ability to discover genetic and genomic biomarkers in his laboratory based pharmacogenomic research project with peer-reviewed publication: https://doi.org/10.1371/journal.pone.0246989, as well as in several other publications, as noted above.

**Having a better qualified and experienced candidate like Dr. Rafi for the same salary is indeed a bonus for this pharmaceutical company, which will enable it to attain its research and development goals expeditiously with lower cost.**

**Dr. Rafi has the temperament of effectively and congenially interacting with younger laboratory managers and directors, as he had demonstrated at the Kansas University Medical Center where he accomplished a self-initiated pharmacogenomics research project that identified novel genetic and genomic biomarkers in antiepileptic drug teratogenicity** (https://doi.org/10.1371/journal.pone.0246989).

**VIII.    The Complainant's All Seven Candidacies Referenced in The Charge Are "Not" Exactly Outside of The Statute of Time Limitation Under the Continuing Violations Doctrine Under the Revised EEOC Compliance Guidelines**

See, http://www.eeoc.gov/policy/compliance.html

The complainant's allegations of "continuing employment discrimination and retaliation" by the respondent as alleged for the non-consideration of the seven candidacies- are ALL viable claims under the "Continuing Violations Doctrine."

The Continuing Violations Doctrine holds that *"if an employee files an EEOC charge while at least one act constituting the hostile work environment is still timely, then the whole period of the hostile work environment can be considered for purposes of deciding liability"*. Accordingly, the whole period of hostility can be considered for deciding liability in this timely filed complaint.

*"What constitutes the unlawful employment practice that triggers the need to file an EEOC charge usually involves a series of events rather than a discrete act."* In *National Railroad Passenger Corp. v. Morgan,* 536 U.S. 101 (2002), the US Supreme Court held that *"a claim is comprised of a series of separate acts that collectively constitute one 'unlawful employment practice"*. (*Citing Title VII, 42 U.S.C. § 2000e-5(e)(1)).*

Following this Supreme Court decision in *Morgan (2002)*, the U.S. Equal Employment Opportunity Commission (EEOC) indeed issued a revision to its Compliance Manual section on "Threshold Issues" addressing time limitations on filing charges of employment discrimination with the agency. The revised Compliance Manual Chapter and questions and answers about the revision are available online at http://www.eeoc.gov/policy/compliance.html Accordingly, EEOC allows complainants to file their claims within 300 days of the date when such discrimination **last took place.**

Complainant was eminently qualified for these positions: See, Complainant's CV and Letter of Interest *[Exhibit # 2]*.

Novartis ought to have known EEOC issuing a revision to its Compliance Manual section on "Threshold Issues" addressing time limitations on filing charges of discrimination with the agency. **Therefore, it is misleading to assert that the complaint's latest alleged violation, among the seven alleged continuing violations, is the only item filed within the time limit in this complaint and the rest of the prior instances of candidacies have no relevance to this complaint.**

It should be noted that none of these seven candidacies were even considered for an interview, even in instances where the candidacy was uniquely qualified with exemplarily fitting medical genetics education, extensive medical genetics laboratory training, desired skill sets, recent biomarkers and disease gene discovery research publications in peer-reviewed international journals in conjunction with leading clinical geneticists and medical geneticists at Duke University School of Medicine, Yale University School of Medicine, Harvard University School of Medicine, University of California- Irvine, and Kansas University School of Medicine *[Exhibit # 2: CV and Letter of Interest]*.

Due to the alleged continuing violations based on Age [>40 Years], Gender [Male], Prior EEO/EEOC complaint internet record, Race [Minority; East Indian], and Religion [Islam / Muslim], the complainant lost these career opportunities.

To mitigate the alleged discriminatory and retaliatory factors, it is obligatory to review the files of those who were selected for ALL of these seven positions *[Exhibit #3: Novartis letters confirming receipt of 7 applications]*, and these files are routinely maintained during the entire tenure of employment of those who were selected and recruited.

VIII.    <u>The Seven Non-Selections of Candidacies Indicate a "Continuing Pattern" of Employment Discrimination at Novartis Bio-Medical Institute</u>

Every one of these seven positions is in the same broad specialty of medical genetics. Therefore, they cumulatively indicate a continuing pattern of employment discrimination or retaliation against Dr. Rafi's candidacies based on the alleged discriminatory factors.

In its response *[page 3, paragraph 3, item B]*, Novartis has listed and affirmed that Dr. Rafi between 2011 and 2015 applied for six positions with Novartis [See *Exhibit # 3]*.   All of these applications were electronically filed and the candidate reference numbers for them are as follows:

- 11291996: Associate Director, Cytogenetics:156672BR; 2015
- 11291996: Head of Applied Human Genetics: BMD 146271BR; 2014
- 8130155: Director-level drug discovery role in oncology: 79048BR; 2011
- 8125084: Sr. Scientist – Molecular Diagnostics: 80733BR; 2011
- 8125084: Associate Director, Drug Discovery: 75786BR; 2011
- 8130155: Director-level drug discovery role in oncology 79048BR; 2011

Given the affirmation of these candidacies by Novartis [page 3, paragraph 3, item B], Novartis could very well electronically retrieve the applications of candidates selected and appointed for each position.  These retrieved files should be analyzed for the age of each candidate at the time of their applications, their qualifications, gender, race/skin color, religion, and EEO/EEOC complaint record.

Therefore, it is absurd to argue that Novartis does not maintain records of hiring for the past three-year period because Novartis ought to maintain a hiring record file for each of those hired employees. at least as long as they were employed at Novartis, and even beyond their employment period to issue letters of references if they seek employment elsewhere.

A perusal of their employment records- files should enable Novartis to retrieve their qualifications and biodata to ascertain their age at the time of their hiring, any record of their having filed an EEO complaint at the time of their hiring, gender, race, and religion, to rule out these alleged

discriminatory factors in this EEO complaint, and to ascertain a pattern of discrimination at Novartis based on any one of these alleged factors of discrimination/retaliation

**Thus, although the earlier alleged violations can't be actioned *per se*, due to their discrete nature, they certainly carry information that would augment the allegations in the currently alleged timely action by examining those selected and employed candidates' files for those earlier positions, as stated above.**

***"An alleged incident in March 2018, which was timely because it occurred within 300 days of filing the EEOC charge, allowed the employee to also use other instances that she claims took place in 2015 and 2017 to support her claim"*. See *Pesce*, Case No. 19-cv-4922, 2020 WL 7028641, at \*4 (S.D.N.Y. Nov. 30, 2020).**

**Thus, the continuing violation doctrine can be a major factor as it permits an employee to establish that they were discriminated against or retaliated against based not only on incidents that occurred within 300 days of filing an EEOC charge but also on conduct that took place several years before submitting the timely EEOC charge.**

**To reiterate, if at least one act that is part of the hostile work environment occurred within 300 days of filing the EEOC charge, then the employee can also rely on older incidents (years before the EEOC charge was submitted) to establish their claim.**

Given:

[1] The above-noted track records of age-based and gender-based discrimination at Novartis by others wherein the courts and jury having affirmed those discriminatory violations at Novartis;

[2] Being >40 years old at the time of his 2011, 2014, and 2015- candidacies as well;

[3] Having the record of EEO complaint and lawsuit history at the time of his 2014, and 2015- candidacies as well for alleged retaliatory violation;

[4] The additional discriminatory factors such as gender, race, and religion were applicable at the time of his 2011, 2014, and 2015- candidacies; and

**Therefore, they all cumulatively augment the discrimination and retaliation allegations in this 2024 timely EEOC complaint.**

## IX.    Novartis Has Track Records of Age-Based and Gender-Based Discrimination

1. **Oct. 17, 2024: Novartis Was Sued for Age-based Discrimination, and Gender- based Discrimination by Female Managers.**

   **COURT: D.N.J.**
   **TRACK DOCKET: No. 2:24-cv-09874**

## CONCLUSIONS

Based on the 2024- timely filed complaint concerning the Senior Scientist, Clinical Genetics and Genomics position (Job ID 393705BR), and based on all the foregoing arguments rebutting the defensive arguments in Novartis's reply dated November 15, 2024, it is abundantly apparent that Novartis discriminated against the Complainant, when its Chinese-ethnic male manager opted to hire an "unqualified" fellow Chinese-ethnic female candidate instead for this "senior" professional position in the field of clinical genomic medicine. This could potentially cause misdiagnosis of patients' genetic and genomic defects.

This selected Chinese-ethnic female candidate is decade-younger, and probably a non-Muslim and devoid of a prior EEO complaint background. Therefore, this augments the allegations of probable race-based, gender-based, religion-based as well as prior EEO complaint background-based employment discrimination/retaliation in this instance. A perusal of the prior six other recruitment records of Dr. Rafi's candidacies at Novartis can further augment these alleged violations in this instance.

It should be noted that the Complainant is male, a naturalized US citizen of Ease Indian origin, a Muslim [which is discernible from his name: Syed Rafi]. **Title VII** prohibits gender-based, race-based, age-based, and religious belief-based discrimination in employment decisions.

**Title VII** also prohibits retaliation for the exercise of EEO rights. Precisely given the records of prior EEO complaints by the complainant *(which has been vindictively summarized [footnote 4] by the Corporate attorney representing Novartis in the position statement, dated November 15, 2024)*, it is all the more certain and confirmatory that Novartis similarly became aware of Dr. Rafi's prior EEO and Civil Complaints by searching the internet while conducting similar background checks, and retaliated by not considering his highly qualified candidacies during November 2014. January 2015, and March 2024. Failure to conduct background checks of candidates, particularly in the clinical field is "Negligent Hiring" and it could lead to a "Tort of Negligent Hiring" lawsuit.

**It is important to note that Novartis has a history of allegations of Age-based discrimination, and Gender-based discrimination and a proven record of gender-based discrimination: _See:_**

    **(1)** Oct.17, 2024: Novartis Was Sued for Age-based Discrimination, and Gender-based Discrimination by Female Managers: Court: D.N.J. Track Docket: No. 2:24-cv-09874;

    **(2)** Mar 18, 2015: Novartis Faced Gender-Bias Claims with $110M Alcon Suit; and

    **(3)** May18, 2010: Jury Found Novartis Liable for $250M in Female Discrimination Complaints.

**This certainly augments the claim of "Continuing" gender-based and age-based discrimination at Novartis- Companywide.**

Therefore, the alleged retaliation claim in this complaint is certainly made viable in this 2024 candidacy, as well as in the 2015 and 2014 candidacies.

It must be noted that Dr. Rafi did not file any prior EEO complaint against Novartis, although he could have done so in seven instances by now given the non-consideration of seven of his highly qualified candidates over these years. **This indicates that he is not a reckless prolific complaint filer, and to the contrary, Novartis is a reckless prolific violator of Title VII of the Civil Rights Act.**

It is evident now that filing an EEO complaint has the effect of permanently derailing the future professional career opportunities, no matter how well qualified one gets.

Corporate attorneys are there to make money by shielding the rich Corporations and Institutions they represent from claims of retaliation/discrimination.

**Given all the above rational rebuttal arguments, assertions, and contemplations, the Commission should NOT dismiss the Charge as a whole.**

Respectfully submitted,

*[signature]*

**Syed K. Rafi, Ph.D.**
**Complainant**

Exhibits: 1-3

**EXHIBIT # 1**

# Senior Scientist, Clinical Genetics and Genomics

Job ID
393705BR
Mar 19, 2024
USA

## About the Role

This role is located in Cambridge, MA and will not have the ability to be located remotely.

**About the role:**

In this laboratory-based scientist role in BMD, you will apply your hand-on expertise to implement genetics and genomic assays including targeted and NGS-based technologies. You will work in close collaboration with Biomarker Development colleagues and clinical teams to implement clinical biomarker plans.

**Your Key Responsibilities:**

• Develop, validate and implement innovative genetic and genomic biomarker assays for clinical studies
• Generate and interpret data to enable proof of mechanism, dose selection & proof of biology across early clinical programs and present results at internal meetings
• Partner with outsourcing functions to evaluate new CROs, drive transitioning and monitoring of internally developed assays to external vendors
• Conduct activities according to the appropriate SOPs and guidelines in compliance with Novartis quality expectations and Values and Behaviors
• Develop knowledge in additional biomarker modalities and/or technologies
• Network internally and externally to expand scientific and technical knowledge

**Our Expectations:**

• Develop and validate fit-for-purpose biomarker solutions
• Independently design, execute, and interpret experiments
• Ensure high quality and timely delivery of internal and external results
• Providing subject matter expertise for transferring, implementation and monitoring of assay development, validation and sample analysis at external provider

## Role Requirements
**Essential Requirements:**

• BS/MS degree in Biology, Immunology, Cell biology, or equivalent and 5+ years of relevant professional experience
• Experience in PCR based assays development (e.g. qPCR, ddPCR) and related

software analysis
• Experience in profiling genomic technologies, such as RNAseq, scRNAseq and DNAseq
• Ability to communicate effectively with excellent presentations skills.

## Desirable Requirements:

• NGS data analysis skills
• Professional experience in the pharmaceutical or biotechnology environment, particularly in clinical biomarker development and bioanalytical assays for genetic and genomic biomarkers
• Competent in nucleic acid extractions from human clinical samples (whole blood, tissues & other body fluids)

Novartis Compensation and Benefit Summary: The pay range for this position at commencement of employment is expected to be between $92,800 - $139,200/year; however, while salary ranges are effective from 1/1/24 through 12/31/24, fluctuations in the job market may necessitate adjustments to pay ranges during this period.

Further, final pay determinations will depend on various factors, including, but not limited to geographical location, experience level, knowledge, skills, and abilities. The total compensation package for this position may also include other elements, including a sign-on bonus, restricted stock units, and discretionary awards in addition to a full range of medical, financial, and/or other benefits (including 401(k) eligibility and various paid time off benefits, such as vacation, sick time, and parental leave), dependent on the position offered.

Details of participation in these benefit plans will be provided if an employee receives an offer of employment. If hired, employee will be in an "at-will position" and the Company reserves the right to modify base salary (as well as any other discretionary payment or compensation program) at any time, including for reasons related to individual performance, Company or individual department/team performance, and market factors.

EXHIBIT # 2

## <u>Syed K. Rafi, B.S., M.S., PhD. (Genetics)</u>

### <u>Medical Genetics and Genomics Involvements During 2021-24</u>

*Invited speaker:* International Pediatric Medicine Conference- *Webinar*
McGill University – Montreal, Canada. Friday 14 May 2021.

*Invited speaker:* Third International Conference on Pediatrics, Neonatology, and
Healthcare: *Webinar.* Prague, Czech Republic. May 24-25, 2021.

*Invited speaker:* Genomics and Molecular Biology- *Virtual Summit,*
Toronto, Canada. Sept. 28-29, 2021.

*Invited speaker:* Annual World Congress on Psychiatry- Webinar,
November 29-30, 2021.

*Invited speaker:* Pediatric-Health 2022, April 25-26, Amsterdam,
Netherlands.

*Peer Reviewer:* Oak Ridge Associated Universities, Inc. 2017- 2018.

*Peer Reviewer:* Molecular Genetics & Genetic Medicine *(Wiley- Open Access
Journal)* - 2021-2023

*Peer Reviewer:* Journal of Neuropsychiatric Diseases and Treatment *(Dove
Medical Press).* 2021-2023

*Peer Reviewer:* Czech Foundation for Medical and Biological Sciences- 2021-

### <u>List of Current & Recent Research Publications</u>

1. **ZEB2 Gene Structural Domains' Specific Frequencies of Mowat-Wilson
Syndrome Pathogenic and Likely Pathogenic Variants, Molecular
Interactions and Biological Functions.**
**Syed K. Rafi** and Merlin G. Butler. *(Manuscript in preparation. November 2024).*

2. **Phenotype-Genotype Correlations in Mowat-Wilson Syndrome:
Comprehensive Review of Associated Clinical Manifestations of ZEB2 Gene
Pathogenic Variants Across its Encoded Protein.**
Waheeda A. Hossain, Caroline St. Peter, Scott Lovell, **Syed K. Rafi,** and Merlin G.
Butler. *(Manuscript submitted to Int. J. Mol. Sci., on November 26, 2024).*

3. **Mowat-Wilson Syndrome: Case Report and Review of ZEB2 Gene Variant
Types, Protein Defects and Molecular Interactions.**
Caroline St. Peter, Waheeda A. Hossain, Scott Lovell, **Syed K. Rafi**, and Merlin G.
Butler. **Int. J. Mol. Sci. 2024, 25, 28382024; https://doi.org/
10.3390/ijms25052838**
**Views: >1000**

1

3.   *Anti-epileptic drugs Gabapentin as well as Topiramate upregulate TGFβ1 and SOX9 signaling, and GABAergic agonist, Flumazenil partially downregulates TGFβ1 signaling in the presence of Topiramate- in non-neuronal GABAergic system of primary embryonic palatal mesenchyme cells.* **Syed K. Rafi,** Jeremy P. Goering, Irfan Saadi.
*Manuscript in submission:* (**PLoS ONE**) - **2024.**

4.   *Anti-epileptic drug topiramate upregulates TGFβ1 and SOX9 expression in primary embryonic palatal mesenchyme cells: Implications for teratogenicity.*
**Syed K. Rafi,** Jeremy P. Goering, Adam J. Olm-Shipman, Lauren A. Hipp, Nicholas J. Ernst, Nathan R. Wilson, Everett G. Hall, Sumedha Gunewardena, Irfan Saadi. **PLoS ONE** 16(2): e0246989.  https:doi.org/10.1371/journal.pone.0246989
Published: February 12, **2021**.  https://doi.org/10.1371/journal.pone.0246989
**Article Access Statistics:**
**Views: 2159**
**Citations: 5**

4A.   Dataset:
**List of 40 proteins with statistically significant change in expression and a 1.15-fold-change cut-off in HEPM cells following topiramate treatment.**
Posted by: Syed K. Rafi, Jeremy P. Goering, Adam J. Olm-Shipman, Lauren A. Hipp, Nicholas J. Ernst, Nathan R. Wilson, Everett G. Hall, Sumedha Gunewardena, Irfan Saadi.  Public Library of Science, February **2021**.
https://doi.org/10.1371/journal.pone.0246989.t001

5.   *The 15q11.2 BP1-BP2 Microdeletion (Burnside–Butler) Syndrome: In Silico Analyses of the Four Coding Genes Reveal Functional Associations with Neurodevelopmental Disorders.* **Syed K. Rafi** and Merlin G. Butler. **Int. J. Mol. Sci., 2020,** 21, 3296.  https://doi.org/10.3390/ijms21093296
**Article Access Statistics**
Link: http://www.mdpi.com/1422-0067/21/9/3296
**Article Views 8219**
**Downloads:2950**
**Citation:38**

6.   *High Functioning Autism with Missense Mutations in Synaptotagmin-Like Protein 4 (SYTL4) and Transmembrane Protein 187 (TMEM187) Genes: SYTL4- Protein Modeling, Protein-Protein Interaction, and Expression Profiling and MicroRNA Studies.* **Syed K. Rafi,** Alberto Fernández-Jaén, Sara Álvarez, Owen W. Nadeau, and Merlin G. Butler. **Int J Mol Sci., 2019** Jul 9;20(13):3358.  https://www.mdpi.com/1422-0067/20/13/3358/notes
PubMed PMID: 31323913; PubMed Central PMCID: PMC6651166.
**Article Access Statistics**
Link: https://www.mdpi.com/1422-0067/20/13/3358#metrics
**Article Views: 5077**
**Downloads: 2097**
**Citations:14**

7.  *Currently Recognized Clinically Relevant and Known Genes for Human Reproduction and Related Infertility with Representation on High-Resolution Chromosome Ideograms.* Merlin G. Butler, **Syed K. Rafi**, Austen McGuire, and Ann M. Manzardo. **GENE,** Vol. 575, Issue 1, **2016**, Pages 149 -159. http://dx.doi.org/10.1016/j.gene.2015.08.057
    **Downloads: 42**
    **Citations:6**

8.  *Morphometric analysis of recognized genes for autism spectrum disorders and obesity in relationship to distribution of protein coding genes on human chromosomes.* Austen B. McGuire, **Syed K. Rafi**, Ann M. Manzardo, and Merlin G. Butler. **Int. J. Mol. Sci. 2016**, 17, 673; doi:10.3390/ijms17050673.
    Link: https://www.mdpi.com/1422-0067/17/5/673#metrics
    **Full-text Views: 5871**
    **Citation:3**

9.  *Whole Exome Sequencing in Females with Autism Implicates Novel and Candidate Genes.* Merlin G. Butler, **Syed K. Rafi,** Waheeda Hossain, Dietrich A. Stephan, D. & Manzardo, A. M.  **Inter. J. Mol. Sci., 2015**, 1312-1335; doi:10.3390/ijms16011312.
    Link: https://www.mdpi.com/1422-0067/16/1/1312#metrics
    **Article Views: 12464**
    **Downloads:6501**
    **Citation:61**

10. *High-Resolution Chromosome Ideogram Representation of Currently Recognized Genes for Autism Spectrum Disorders.* Merlin G. Butler, **Syed K. Rafi**, and Ann M. Manzardo. **Int. J. Mol. Sci., 2015**, 16, 6464-6495; doi:10.3390/ijms16036464.
    Link: https://www.mdpi.com/1422-0067/16/3/6464#metrics
    **Full text Views: 15690**
    **Citation:40**

11. *Exome sequencing reveals a thrombopoietin ligand mutation in a Micronesian family with autosomal recessive aplastic anemia.* Majed J. Dasouki, **Syed K. Rafi**, Adam J. Olm-Shipman, Nathan R. Wilson, Sunil Abyankar, Brigitte Ganter, L. Mike Furness, Jianwen Fang, Rodrigo T. Calado, and Irfan Saadi. **BLOOD,** Oct.1, **2013;** doi:10.1182/ blood-2012-12-473538.
    Link: https://ashpublications.altmetric.com/details/1958457/citations
    **Citation: 59**

3

## <u>Book Chapters</u>

12. **Book:** *Identification and Characterization of Genetic Components in Autism Spectrum Disorders 2019: Merlin G. Butler [Editor].*
**2022-** Publication:
ISBN 978-3-0365-3609-5 (Hbk); ISBN 978-3-0365-3610-1 (PDF)
*https://doi.org/10.3390/books978-3-0365-3610-1*
**Syed K. Rafi, et al., Pages 79-109.**
**High Functioning Autism with Missense Mutations in Synaptotagmin-Like Protein 4 (SYTL4) and Transmembrane Protein 187 (TMEM187) Genes: SYTL4- Protein Modeling, Protein-Protein Interaction, Expression Profiling and MicroRNA Studies.**

13. *eBook: Prime Archives in Molecular Sciences:* **ISBN: 978-93-90014-20-0.**
*https://videleaf.com/product/prime-archives-in-molecular-sciences/*
**The-15q11-2-bp1-bp2-microdeletion-burnside-butler-syndrome-in-silico-analyses-of-the-four-coding-genes-reveal-functional-associations-with-neurodevelopmental-disorders/** **Syed K. Rafi** and Merlin G. Butler, **2020.**

14. **Book Chapter:** *Clinical Aspects of Natural and Added Phosphorus in Foods:*
*ISBN: 978-1-4939-6564-9; DOI:10.1007/978-1-4939-6566-3_3.*
**Hormonal Regulation of Phosphorus Homeostasis: Parathyroid Hormone, Fibroblast Growth Factor 23, and Klotho/** Syed Rafi and Mohammed S. Razzaque, **2017.**

15. **Book Chapter: CRC Press:** *ISBN: 978-1-43-985020).*
**Potential role of Vitamin D and Fibroblast Growth Factor 23-Klotho System in Aging: in Vitamin D: Oxidative Stress, Immunity, and Aging.** Ahsan N, **Rafi SK**, and Razzaque MS. Oxidative stress and Disease- series, Packer L, and Cadenas E (Editors), **2012.**

16. **Book Chapter:** *ISBN: 978-1-62257-326-4.*
**New Vistas in Understanding the Pathophysiology of Valosin-Containing Protein (VCP)/p97 Disease.** Virginia E. Kimonis, Angele Nalbandian,..**Syed Rafi**, … and John Weiss. In Myopathies: New Research. H. Washington and C.E. Castillo Jimenez (Editors), **2012.**

Page 4

4

## SYED K. RAFI, Ph.D.

### BIOGRAPHICAL SKETCH / CURRICULUM VITAE / RESUME

| NAME & NATIONALITY | CURRENT MAILING ADDRESS, EMAIL & PHONE # |
|---|---|
| RAFI, SYED K. | CURRENT MAILING ADDRESS, EMAIL & PHONE # |
| Naturalized US Citizen | SYED K. RAFI, PhD.<br>3237 Apex Cir<br>Falls Church, VA. 22044<br>Email: *rafigene@yahoo.com*<br>Phone : (816) 787 4366 |

| INSTITUTION AND LOCATION | DEGREE (if applicable) | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| University of Madras, India | B.Sc., M.Sc., Ph.D. | Dec-80 | Medical Genetics |
| University of Lucknow, India | Post Doctorate | Jun-84 | Medical Genetics / Cytogenetics |
| University of Delhi, India | Reserch Associate | Mar-88 | Genetics & Cell Biology |
| Armed Forces Institute of Pathology; Walter Reed Army Medical Center, Washington, DC. | Associate Director of Cytogenetics | Jan-90-Jan.93 | Clinical Cytogenetics |
| Yale University of School of Medicine, New Haven, CT **NOTE:** American Board of Medical Genetics [ABMG]-*Eligibility* [2005] Communication is Enclosed Herewith. | ABMG-Clinical Cytogenetics Training | Jan. 01-Jan. 03 | Clinical Cytogenetics & Medical Genetics |

5

Page 5



ABMG-2005 BOARD
ELIGIBILITY CONFIRM

## A. Positions and Honors:

Nominated by the Indian Council of Medical Research (ICMR) for the Exchange of Scientists Program between the ICMR and Gesellschaft fur Strahlen and Umwelt for Schung (GSF), Munchen (Federal Republic of Germany)

Principal's Gold Medal for the best all-round Post Graduate Student, University of Madras

State of Maryland: Cytogenetics Laboratory Director's License (previous)

American Board of Medical Genetics- Eligible Clinical Cytogeneticist (previous)

American Board of Medical Genetics- Eligible Ph.D.-Medical Geneticist (previous)

Cancer and Leukemia-Group-B (CALGB)- NCI- Institutional Cytogeneticist at the Armed Forces Institute of Pathology, Walter Reed Army Medical Center, Washington, DC. (Previous)

## B. Appointments:

- Biomedical and Genetics- Manuscript Reviewer and Researcher- June, 2017- Current.

- Genetic Consultant for Patent Attorneys and Law Firms, August 2017- Current.

- Research Assistant Professor / Associate, Department of Psychiatry, Behavioral Sciences, & Genetics, Kansas University Medical Center, Kansas City, KS. Sept, 2013- Dec, 2014; 2015

- Senior Scientist, Department of Anatomy and Cell Biology, Kansas University Medical Center, Kansas City, KS. Nov. 2011- Feb. 2013/--Current

- Scientific Director & Manager, GCRC(CTSA)- Clinical Research Diagnostic Core Laboratory, Children's Hospital Boston, Harvard Medical School, Boston, MA. 2006-10.

- Research Associate, Genetics Division, Children's Hospital Boston, Harvard Medical School, Boston, MA. 2004- 05.

- Clinical genetics trainee, Medical Genetics Division, Yale University School of Medicine, New Haven, CT. 2001-03.

- Visiting Scientist, Genome Center, North Carolina State University, Raleigh, NC. 2000-02.

- Associate Research Cytogeneticist, Clinical Cytogenetics Laboratory, Duke University Medical Center, Durham, NC. 1999-00.

6

Page 6

- Senior Clinical Cytogeneticist, Laboratory Corporation of America
  Research Triangle Park, NC. 1998-99.

- Research Associate, Research Associates International, Chevy Chase, MD.1996-97.

- Cytogenetics Specialist (Visiting Scientist)
  Armed Forces Institute of Pathology, Washington, DC. 1993-95.

- Director. Clinical Diagnostic Cytogenetics Laboratory
  Providence Laboratory Associates. Rockville, MD. 1992-94.

- Associate Director, Clinical Cytogenetics Division, Armed Forces Institute of Pathology,
  Walter Reed Army Medical Center, Washington, DC. 1990-92.

- Cytogeneticist, Cancer & Leukemia Group–B Project (National Cancer Institute)
  Walter Reed Army Medical Center (AFIP), Washington, DC. 1991.

- Scientist, Diagnostic Research & Development, Becton & Dickinson, New York, NY.
  1988-90.

- Associate Cytogeneticist, All India Institute of Medical Sciences, New Delhi. 1985-87.

- Senior Research Associate, Genetics & Cell Biology Center for Advanced Studies,
  University of Delhi, 1982-84.

- Research Associate, Clinical Cytogenetics, Department of Medicine,
  King George's Medical College, Lucknow.  1980-81.

- Research Fellow, Cytogenetics Division, Post Graduate Institute of Basic Medical
  Sciences, University of Madras,  1979-80

## C.  Research Projects Involved:

Molecular Genetic Mechanisms Underlying theTeratogenicity of Topamax (*Topiramate*).

Distribution patterns of candidate and known Autism genes-in relation to the whole genome, in relation to functional protein coding genes, and *in relation* to their ideogram location.

Genome-wide Blood Transcriptome Profiling in Autism Spectrum Disorders: A Female Gender Focused Gene Discovery.

*De Novo* and Syndromic- Clinically Relevant Autism Spectrum Disorder Gene Mutations.

VCP and Sequestosome gene(s) mutations in Dementia and Paget disease of bone.

dsRNA induced post transcriptional eukaryotic gene silencing.

Molecular genetics and cytogenetics of supernumerary chromosome 15 ETV/CBFA2 Fusion Gene in Childhood B-Cell Precursor Acute Lymphocytic Leukemia.

Page 7

Effect of hyperoxia and caffeine on the expression of Fragile-X (q27.3).

Modifications in CVS direct cytogenetic analysis techniques;
Chorionic villi sample (CVS) in-situ culture and maternal contamination.

Celllular basis of morphogenesis and tumorgenesis.
Molecular events during cell differentiation.

Genetic Screening of South Indian Population.

### D.  Seminars and Symposia Attended:

- National Cancer Institute- Symposium on Chromosome Biology: Nuclear Structure, Genome Integrity and Cancer, National Institutes of Health, Bethesda, MD. Nov.10- Dec.1, 2016.

- Computational Medicine: Annual meeting: Life Sciences Institute, Inc. Kansas City, MO. Sept. 22. 2016.

- Annual Pediatric Genomic Medicine Conference:  Neurodevelopmental Disorders: Genetics, Pharmacogenomics and Precision Medicine, Children's Mercy Hospital, Kansas City, MO., April 5-7, 2016.

- Heartland genetics services collaborative, 11th annual conference, Kansas City, Mo. April 29- May 1 2015.

- Genomes of Newborns: Medicine, Pharmacogenomics, and Ethics: Center for Pediatric Genomics, Children's Mercy Hospital, UMKC, Kansas City, MO. April 8-10, 2015.

- American College of Medical Genetics- Annual Clinical Genetics Meeting, Phoenix, AZ. March 2013.

- Annual meetings of the American Society of Human Genetics (ASHG) (1995- 2013).

- Genomics and Genetic Epidemiology Course, Harvard Medical School, Boston, April 2004.

- The Great Lakes Chromosome Conference, Toronto, Canada, 2006- 09.

- Broad / MIT -- Medical & Population Genomics--Weekly Seminars, 2006- 2011.

- Medical Genetics Seminars (weekly), 2003-10.

## EMPLOYMENT, RESPONSIBILITIES, AND PUBLICATIONS- HISTORY:

- **Collaborative Research Scientist, Department of Psychiatry, Behavioral Sciences, & Genetics, Kansas University Medical Center, Kansas City, KS.**

    **Sept 2018- 2024.**
    **Kansas University Medical Center (KUMC)**
    Kansas City, KS. 66160

**Collaborative Research Publications:**

8

1. **ZEB2 Gene Structural Domains' Specific Frequencies of Mowat-Wilson Syndrome Pathogenic and Likely Pathogenic Variants, Molecular Interactions and Biological Functions. Syed K. Rafi and Merlin G. Butler.** (Manuscript in preparation. 2024).

2. **Phenotype-Genotype Correlations in Mowat-Wilson Syndrome: Comprehensive Review of Associated Clinical Manifestations of ZEB2 Gene Pathogenic Variants Across its Encoded Protein. Waheeda A. Hossain, Caroline St. Peter, Scott Lovell, Syed K. Rafi and Merlin G. Butler.** (Manuscript in submission to Int. J. Mol. Sci. 2024).

3. **Mowat-Wilson Syndrome: Case Report and Review of ZEB2 Gene Variant Types, Protein Defects and Molecular Interactions. Caroline St. Peter, Waheeda A. Hossain, Scott Lovell, Syed K. Rafi, and Merlin G. Butler. Int. J. Mol. Sci. 2024, 25, 28382024; https://doi.org/10.3390/ijms25052838**

   *Book Chapter:*
4. **Identification and Characterization of Genetic Components in Autism Spectrum Disorders 2019: Merlin G. Butler [Editor]. 2022- Publication: ISBN 978-3-0365-3609-5 (Hbk); ISBN 978-3-0365-3610-1 https://doi.org/10.3390/books978-3-0365-3610-1 Syed K. Rafi, et al., Pages 79-109. High Functioning Autism with Missense Mutations in Synaptotagmin-Like Protein 4 (SYTL4) and Transmembrane Protein 187 (TMEM187) Genes: SYTL4- Protein Modeling, Protein-Protein Interaction, Expression Profiling and MicroRNA Studies.**

5. **Identification and Characterization of Genetic Components in Autism Spectrum Disorders 2019: Merlin G. Butler [Editor]. 2022- Publication: ISBN 978-3-0365-3609-5 (Hbk); ISBN 978-3-0365-3610-1 (PDF) https://doi.org/10.3390/books978-3-0365-3610-1 Syed K. Rafi, et al., Pages 79-109.**

6. **High Functioning Autism with Missense Mutations in Synaptotagmin-Like Protein 4 (SYTL4) and Transmembrane Protein 187 (TMEM187) Genes: SYTL4- Protein Modeling, Protein-Protein Interaction, Expression Profiling and MicroRNA Studies. Syed K. Rafi,** Alberto Fernández-Jaén, Sara Álvarez, Owen W. Nadeau, and Merlin G. Butler. **Int J Mol Sci., 2019** Jul 9;20(13):3358. https://www.mdpi.com/1422-0067/20/13/3358/notes

6. *eBook: Prime Archives in Molecular Sciences: ISBN: 978-93-90014-20-0* https://videleaf.com/product/prime-archives-in-molecular-sciences/The-15q11-2-bp1-bp2-microdeletion-burnside-butler-syndrome-in-silico-analyses-of-the-four-coding-genes-reveal-functional-associations-with-neurodevelopmental-disorders/ **Syed K. Rafi** and Merlin G. Butler. **2020.**

7. **The 15q11.2 BP1-BP2 Microdeletion (Burnside–Butler) Syndrome: In Silico Analyses of the Four Coding Genes Reveal Functional Associations with Neurodevelopmental Disorders. Syed K. Rafi and Merlin G. Butler. Int. J. Mol. Sci. 2020, 21, 3296.**

8. **High Functioning Autism with Missense Mutations in Synaptotagmin-Like Protein 4 (SYTL4) and Transmembrane Protein 187 (TMEM187) Genes: SYTL4- Protein Modeling, Protein-Protein Interaction, and Expression Profiling and MicroRNA Studies. Syed K. Rafi, Alberto Fernández-Jaén, Sara Álvarez, Owen W. Nadeau, and Merlin G. Butler. Int J Mol Sci. 2019 Jul 9;20(13):3358. doi: 10.3390/ijms20133358. PubMed PMID: 31323913; PubMed Central PMCID: PMC6651166.**

- **Associate Scientist, Department of Anatomy and Cell Biology, Kansas University Medical Center, Kansas City, KS.**

  **Sept. 2018- Jan. 2022**

**Kansas University Medical Center (KUMC)** 3901 Rainbow Blvd, Kansas City, KS. 66160

Ending job title: Associate Scientist

**Responsibilities & Publications:**

Under the supervision of Dr. Irfan Saad, I served as the principal investigator of an expanded research project aimed at unraveling perturbations in genomic and proteomic expression profiles-- that could cause the increased teratogenic effect of anti-epileptic and anti-migraine drugs.

This collaborative research endeavor resulted in the following publications:

1.      **Anti-epileptic drugs Gabapentin as well as Topiramate upregulate TGFβ1 and SOX9 signaling, and GABAergic agonist, Flumazenil partially downregulates TGFβ1 signaling in the presence of Topiramate- in non-neuronal GABAergic system of primary embryonic palatal mesenchyme cells.**

        **Syed K. Rafi, Jeremy P. Goering, Irfan Saadi.**

        **Manuscript in submission: (PLoS ONE)- January. 2022.**

2.      **Anti-epileptic drug topiramate upregulates TGFβ1 and SOX9 expression in primary embryonic palatal mesenchyme cells: Implications for teratogenicity.**

        **Syed K. Rafi, Jeremy P. Goering, Adam J. Olm-Shipman, Lauren A. Hipp, Nicholas J. Ernst, Nathan R. Wilson, Everett G. Hall, Sumedha Gunewardena, Irfan Saadi.**

        **PLoS ONE 16(2): e0246989.  https:doi.org/10.1371/journal.pone.0246989**

        **Published: February 12, 2021.**

3.      *Dataset:*

        *List of 40 proteins with statistically significant change in expression and a 1.15-fold-change cut-off in HEPM cells following topiramate treatment.*

        *Posted by: Syed K. Rafi, Jeremy P. Goering, Adam J. Olm-Shipman, Lauren A. Hipp, Nicholas J. Ernst, Nathan R. Wilson, Everett G. Hall, Sumedha Gunewardena, Irfan Saadi.*

        *Public Library of Science, February 2021.*
        *https://doi.org/10.1371/journal.pone.0246989.t001teratogenicity".*  Syed K. Rafi, et al., *Published: February 12, 2021:* https://doi.org/10.1371/journal.pone.0246989

- **Research Assistant Professor & Research Associate, Department of Psychiatry, Behavioral Sciences, & Genetics, Kansas University Medical Center, Kansas City, KS.**

        Sept 2013- Dec 2014; (2015)
        Kansas University Medical Center (KUMC)
        3901 Rainbow Blvd
        Kansas City, KS. 66160
        Ending job title: Research Assistant Professor / Associate.

**Publications:**

1. Morphometric analysis of recognized genes for autism spectrum disorders and obesity in relationship to the distribution of protein coding genes on human chromosomes. Austen B. McGuire, Syed K. Rafi, Ann M. Manzardo, and Merlin G. Butler. Int. J. Mol. Sci. 2016, 17, 673; doi:10.3390/ijms17050673.

2. Currently Recognized Clinically Relevant and Known Genes for Human Reproduction and     Related Infertility with Representation on High-Resolution Chromosome Ideograms. Merlin G. Butler, Syed K. Rafi, Austen McGuire, and Ann M. Manzardo.
Gene, Vol. 575, Issue 1, 1 January 2016, Pages 149–159
http://dx.doi.org/10.1016/j.gene.2015.08.057.

3. Clinically relevant and candidate autism genes identified, and their genomic and chromosomal and chromosomal distribution depicted on high-resolution chromosome ideograms:  High-Resolution Chromosome Ideogram Representation of Currently Recognized Genes for Autism Spectrum Disorders. Merlin G. Butler, Syed K. Rafi, and Ann M. Manzardo. Int. J. Mol. Sci. 2015, 16, 6464-6495; doi:10.3390/ijms16036464;

4. Secondarily involved in detecting chromosome 15q type I and type II deletions in PWS/AS and methylation pattern detection, X- Chromosome inactivation-skewing through bisulphite DNA conversion and genome sequencing analysis, and CNV detection through multiplex ligation-dependent probe amplification (MLPA),

5. Carried out analysis of whole exome sequences of autism cases using various filters to identify mutations relevant for the autism phenotype: Whole Exome Sequencing in Females with Autism Implicates Novel and Candidate Genes. Merlin G. Butler, Syed K. Rafi, Waheeda Hossain,  Dietrich A. Stephan, D. & Manzardo, A. M. Inter. J. Mol. Sci., 2015, 1312-1335; doi:10.3390/ijms16011312.

- **Senior Scientist, Department of Anatomy and Cell Biology, Kansas University Medical Center, Kansas City, KS.**

Nov. 2011- Feb. 2013; *2016—Visiting Scientist*
Kansas University Medical Center
3901 Rainbow Blvd, Kansas City, KS. 66160

Ending job title: Senior Scientist

**Responsibilities & Publications:**

Pharmacogenomic and Molecular Genetic Research Projects:

1. Anti-epileptic drug topiramate upregulates TGFβ1 and SOX9 expression in primary embryonic palatal mesenchyme cells: Implications for teratogenicity.
Syed K. Rafi, Jeremy P. Goering,Adam J. Olm-Shipman,Lauren A. Hipp,Nicholas J. Ernst,Nathan R. Wilson, Everett G. Hall, Sumedha Gunewardena, Irfan Saadi
Published: February 12, 2021.  https://doi.org/10.1371/journal.pone.0246989

2. Rafi S.K., Razzaque M.S. (2017) Hormonal Regulation of Phosphorus Homeostasis: Parathyroid Hormone, Fibroblast Growth Factor 23, and Klotho. In: Gutiérrez O., Kalantar-Zadeh K., Mehrotra R. (eds) Clinical Aspects of Natural and Added Phosphorus in Foods. Nutrition and Health. Springer, New York, NY.

3. Next generation whole exome- genome sequence analysis for detecting the putative gene mutation in a Polynesian extended family led to the identification thrombopoietin-ligand gene mutation: Exome sequencing reveals a thrombopoietin ligand mutation in a Micronesian family with autosomal recessive aplastic anemia. Majed J. Dasouki, Syed K. Rafi, Adam J. Olm-Shipman, Nathan R. Wilson, Sunil Abyankar, Brigitte Ganter, L. Mike Furness, Jianwen Fang, Rodrigo T. Calado, and Irfan Saadi. BLOOD, Oct.1, 2013, doi:10.1182/blood-2012-12-473538.

11

4.  Originally conceived and executed pharmacogenomic and proteomic studies to elucidate the teratogenic mechanism of the most commonly prescribed anti-epileptic and anti-migraine drug, Topamax: Molecular Genetic Mechanisms Underlying the Teratogenicity of Topamax (Topiramate).Syed K. Rafi, et al., Abstract # 2265W, AJHG, 2012.

5.  Topiramate Up-regulates TGFbeta Signaling in Human Embryonic Palatal Mesenchyme Cells
    Syed K. Rafi, Adam O.Shipman, Sumedha Gunavardhana, and Irfan Saadi
    Manuscript submitted to Birth Defects Research, Part A: Clinical and Molecular Teratology, 2016.

- Scientific Director & Manager, GCRC(CTSA)- Clinical Research Diagnostic Core Laboratory, Children's Hospital Boston, Harvard Medical School, Boston, MA.

    Jan 2006- Dec 2010.

    CTSA-Children's Hospital Boston, Harvard Medical School
    300 Longwood Avenue
    Boston, MA 02115 USA

    Ending job title: Scientific Managing Director

Responsibilities & Publications:

As scientific manager and director of the research diagnostic laboratory, served as a scientific consultant to those physician scientists with NIH-research grants, advising appropriate immunologic, bio-chemical, and genomic tests to accomplish the goals of their research projects, while managing the operations of the NIH-funded research diagnostic laboratory. Also developed new immunological diagnostic tests.

During this entire period, I regularly attended the weekly medical genetics conferences at Harvard Medical School, as well as at the MIT/Harvard-Broad Institute for Genomic Medicine.

The above diagnostic test development and diagnostic test performance experience and the theoretical medical genetic and genomic knowledge gained should serve me well in accomplishing the clinical genomic diagnostic test development endeavor.

- Department of Genetics,
  Children's Hospital Boston, Harvard Medical School, Boston, MA.

    Jan 2004- Dec 2005.

    Children's Hospital Boston, Harvard Medical School,.
    Ending job title: Genetics Research Associate
    300 Longwood Avenue, Boston, MA 02115

Responsibilities & Publications:

At Dr. Kimonis laboratory, conducted VCP gene sequencing studies to identify putative mutations of limb-girdle muscular dystrophy: New Vistas in Understanding the Pathophysiology of Valosin-Containing Protein (VCP)/p97 Disease, Virginia E. Kimonis, Angele Nalbandian,..Syed Rafi, ... and John Weiss, in Myopathies: New Research. Edited by H. Washington and C.E. Castillo Jimenez, 2012, ISBN: 978-1-62257-326-4.

During this entire period, regularly attended the weekly medical genetics and genomics conferences at the MIT-Broad Institute for Genomic Medicine.

The above genomic laboratory research experience and the theoretical medical genetic and genomic knowledge gained should serve me well in accomplishing the clinical genomic diagnostic test development endeavor.

- Genetics Department,

12

**Yale University School of Medicine, New Haven, CT.**

Jan.2001-Dec.2003.

Yale University School of Medicine
333 Cedar Street, New Haven, CT 06510

Ending job title:  Genetics laboratory associate

**Responsibilities & Publications:**

**ETV/CBFA2 Fusions in Childhood B-Cell Precursor Acute Lymphoblastic Leukemia with Myeloid Markers.**
Syed K. Rafi,  Howeida Elgebaly, and Mazin B .Qumsiyeh. Diagnostic Molecular Pathology 9(4): 184-189, 2000.

**Double Supernumerary Isodicentric Chromosomes derived from 15 resulting in Partial Hexasomy.**
Mazin Qumsiyeh, Syed Rafi, Catherine Sarri, Maria Grigoriadou, Jolanda Gyftodimou, Effie Pandelia,
Hara Laskari, Michael B. Petersen.  American Journal of Medical Genetics 116A (4): 356-359, 2003.

- **Visiting Scientist, Genome Center, North Carolina State University, Raleigh, NC.**

    Jan 2000- Sept. 2002.

    Genome Center
    North Carolina State University
    Campus Box 7251
    Raleigh, NC.  27695

    Ending job title: Visiting Scientist

**Responsibilities & Publications:**

Training in basic genomic technologies, such as gene cloning, colony selection and amplification, restriction digestion and ligation techniques; DNA fragments analysis using pulse-field gel electrophoresis, and fungal genomics.

This basic genomic training laid the foundation for my future molecular genetic studies.
-------------------------------------------------------------------------------------------------

- **Associate Research Cytogeneticist, Clinical Cytogenetics Laboratory,
    Duke University Medical Center, Durham, NC.**

    1999-2000.

    Employer:  Duke University Medical Center
    2213 Elba Street, Durham NC 27705

    Ending job title:  Cytogenetic Associate

**Responsibilities:**

**Clinical cytogenetic diagnosis and Clinical Molecular Cytogenetic Research.**

**Research Publication:**
**ETV/CBFA2 Fusions in Childhood B-Cell Precursor Acute Lymphoblastic Leukemia with Myeloid Markers.**
Syed K. Rafi,  Howeida Elgebaly, and Mazin B .Qumsiyeh. Abstract: ASHG, 1999.

- **Senior Clinical Cytogeneticist, Laboratory Corporation of America, Research Triangle Park, NC.**

  **1998-1999.**

  **Laboratory Corporation of America**
  P.O. Box 13973, 1912 Alexander Drive
  Research Triangle Park, NC. 27709

  Ending job title:

**Senior Clinical Cytogeneticist**

**Responsibilities**:

**Clinical Cytogenetic Diagnostic responsibilities: Cancer Cytogenetics and pre-natal cytogenetics.**

---

- **Cytogenetics Specialist (Visiting Scientist)
  Armed Forces Institute of Pathology, Walter Reed Army Medical Center, Washington, DC.**

  **1993-1995.**

  Ending job title: Cytogenetics Specialist (Visiting Scientist)

**Responsibilities & Publications:**

  **Department of Defense funded genetic research project to study the effect of hyperoxia and caffeine on the expression of Fragile-X (q27.3), which resulted in the following publication:**

  **Effects of hyperoxia and caffeine on the expression of fragile site at Xq27.3.
  S.K.Rafi, R,B.Surana, L.H.Anderson. K.L.Christopher. B.Wilson and W.J.Mehm.
  American Journal of Medical Genetics 1996: 61:4 : 299-303.**

---

- **Director. Clinical Diagnostic Cytogenetics Laboratory
  Providence Laboratory Associates. Rockville, MD.**

  **1992-1994.**

  Providence Laboratory Associates. Rockville, MD

  Ending job title: **Director. Clinical Diagnostic Cytogenetics Laboratory**

**Responsibilities**:

  ESTABLISHED A NEW CLIA-CERTIFIED BRAND AND STATE OF MARYLAND-CERTIFIED CLINICAL CYTOGENETICS LABORATORY, AND HELD THE STATE OF MARYLAND'S DIRECTOR OF CLINICAL CYTOGENETICS LABORATORY LICENSE TO OPERATE THE LABORATORY, AS EVIDENCED BELOW:

---------------------------------------------------------------------------------------------------------------------------------

- **Associate Director, Clinical Cytogenetics Division, Armed Forces Institute of Pathology, Walter Reed Army Medical Center, Washington, DC.**

  **1990-92.**

  **Armed Forces Institute of Pathology**
  Walter Reed Army Medical Center

Page 14

14

Washington, DC

Ending job title:: **Associate Director, Clinical Cytogenetics Division**

**Responsibilities & Publications:**

- **Cancer and Leukemia-Group-B (CALGB)- NCI- Institutional Cytogeneticist at the Armed Forces Institute of Pathology, Walter Reed Army Medical Center, Washington, DC.**

- **Conducted diagnostic cytogenetic testing of cancer and birth defects cases &**

- **Co-directed the AFIP cytogenetic training course;**

- **Secured a Department of Defense research grant to conduct genetic studies to study the effect of hypoxia; and the findings were published later:**

1. **Effects of hyperoxia and caffeine on the expression of the fragile site at Xq27.3. S.K.Rafi, R,B.Surana, L.H.Anderson. K.L.Christopher. B.Wilson and W.J.Mehm. American Journal of Medical Genetics 1996: 61:4 : 299-30.**

2. **Constitutional heteromorphism of 9q 13-q21 in a patient with chronic myelogenous leukemia. R.B.Surana, S.K.Rafi. K.L.Christopher, T.J.Reid and R. B. Weiss. Clinical Genetics 1995:47(6):320-322.**

**EXHIBIT # 3**

Your candidate reference number - Novartis.
From:Novartis (donotreply@trm.brassring.com)
To:rafigene@yahoo.com
Date:Wednesday, March 20, 2024 at 03:03 PM EDT



Dear Syed Rafi,

Thank you for your interest in Novartis and your application for Senior Scientist,
Clinical Genetics and Genomics 393705BR. Your candidate reference number is
16600708.
We will review your application for this position and follow up with you as soon as
possible.Your information will be added to our talent system and will be accessible by
Talent Acquisition for future opportunities. Please note that each Novartis Group
Company is a separate employer with its own hiring requirements and policies. Hiring
and employment decisions are made by the employing Novartis Group Company
only.

Should you no longer wish us to hold your information, please email
ats.support@novartis.com requesting this. Click here to access the full Data Privacy
statement.

After 20 years with Novartis Group, Sandoz has shared its intention to become a
standalone company in late 2023. Sandoz will continue to partner with Novartis on
the use of talent acquisition technology until 2025. For further information on the use
of your personal information, please refer to our data privacy policy.

To access your Novartis Job Account click here

We wish you every success with your application and thank you again for your
interest in becoming a part of team Novartis.
Kind regards
Talent Acquisition Team

*This message is sent from an unattended mailbox.*

 **NOVARTIS**

Your candidate reference number – Novartis.
From:Novartis (donotreply@trm.brassring.com)
To:rafigene@yahoo.com
Date:Tuesday, January 13, 2015 at 11:07 PM EST

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for **Associate Director, Cytogenetics** 156672BR. Your candidate reference number is 11291996.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

Your candidate reference number - Novartis.
From:Novartis (donotreply@trm.brassring.com)
To:rafigene@yahoo.com
Date:Monday, November 10, 2014 at 10:08 PM EST

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear SYED RAFI,

Thank you for your interest in Novartis and your application for Head of Applied Human Genetics and Genomics, BMD 146271BR. Your candidate reference number is 11291996.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

Your candidate reference number - Novartis.
From:Novartis (donotreply@trm.brassring.com)
To:rafigene@yahoo.com
Date:Wednesday, April 27, 2011 at 07:57 PM EDT

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for
Director level drug discovery role in oncology 79048BR. Your candidate reference number is 8130155.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

Your candidate reference number - Novartis.
From:Novartis (donotreply@trm.brassring.com)
To:rafigene@yahoo.com
Date:Friday, April 29, 2011 at 11:41 AM EDT

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for
Sr Scientist - Molecular Diagnostics 80733BR. Your candidate reference number is 8125084.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

Your candidate reference number - Novartis.
From:Novartis (donotreply@trm.brassring.com)
To:rafigene@yahoo.com
Date:Wednesday, April 27, 2011 at 12:06 AM EDT

*A global healthcare leader, Novartis has one of the most exciting product pipelines in the industry today. A pipeline of innovative medicines brought to life by diverse, talented, performance driven people. All of which makes us one of the most rewarding employers in our field.*

Dear Syed Rafi,

Thank you for your interest in Novartis and your application for
Associate Director, Diagnostics Discovery 75786BR. Your candidate reference number is 8125084.

We will review your application for this position and follow up with you as soon as possible.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume. In the event that your application is not successful we will continue to consider your application for other positions within the Novartis Group Companies and encourage you to keep your resume updated in our global talent database.

Please note that each Novartis Group Company is a separate employer with its own hiring requirements and policies. Hiring and employment decisions are made by the employing Novartis Group Company only.

Again, thank you for your interest in becoming a part of the Novartis team.

Sincerely,

Staffing Human Resources
Novartis Group Companies

*This message is sent from an unattended mailbox and replies are not deliverable.*

Your Application
From:novartis.staffing.noreply@brassring.com (enterprise@trm.brassring.com)
To:rafigene@yahoo.com
Date:Friday, May 13, 2011 at 12:47 PM EDT

Dear Syed Rafi,

Thank you for your interest in Novartis. Please be informed that your online resume has been reviewed for the following position: Director level drug discovery role in oncology (79048BR).

However, after thorough consideration by the hiring team, we have identified other candidates whose credentials and qualifications are a closer match to the needs of this position.

All Novartis Group Companies worldwide have access to the talent database you joined by providing your resume and we will continue to consider your application for other positions within the Novartis Group Companies. Please keep your resume updated in our global talent database and apply directly for positions that are a good match for your skills and experience. If you wish to delete your information, please email brassring.queries@novartis.com.

We wish you every success in your future endeavors.

Sincerely,

Staffing Human Resources
Novartis Group Companies

http://www.novartis.com/careers/job-search

**EXHIBIT # 4**

**EEOC: COMPLAINANT'S EVIDENCES NEGATING RESPONSENT'S DEFENSE OF NOT BEING AWARE OF HIS PROTECTED TRAITS AND PROTECTED ACTIVITIES AT THE TIME OF THE SELECTION**

January 10, 2025

<div align="center">

Re: Syed Rafi, PhD., vs Novartis Group Companies.

EEOC CHARGE # 570-2024-04566

</div>

<div align="center">

THE COMPLAINANT'S ENSUING EVIDENCES NEGATE THE RESPONDENT'S DEFENSE OF NOT BEING AWARE OF THE COMPLAINANTS'S PROTECTED TRAITS AS WELL AS HIS PROTECTED ACTIVITIES AT THE TIME OF THE SELECTION

</div>

I.  The following evidence does demonstrate that the decision-makers were aware of my **Male Gender**:

> **Exhibit-A:**
>> Novartis's online job Application Questions mandate that I reveal my Male Gender, without which the application could not be submitted. This information is warranted since it is marked with an **Orange\*** after stating, "*Please indicate your gender.*"

> **Exhibit-B:**
>> Additionally, a simple Google search for the meaning of my first name [Syed] and last name [Rafi] within seconds reveals both names belonging to the Male Gender.
>>
>> This unequivocally debunks Respondent's argument that the decision-makers were unaware of my protected traits.

II.  The following evidence does demonstrate that the decision-makers were aware of my **Religion** as **Islam** [Muslim faith]:

> **Exhibit-B:**
>> A simple Google search for the meaning of my first name [Syed] and last name [Rafi] within seconds also reveals both names as belonging to the Islamic faith [Muslim].
>>
>> This unequivocally debunks Respondent's argument that the decision-makers were unaware of my protected traits.
>>
>> **Title VII** prohibits religious belief-based discrimination in employment and disparate treatment. Therefore, alleged religion-based discrimination stands valid.

III.    The following evidence does demonstrate that the decision-makers were aware of my **Asian Race and East Indian- National Origin.** East Indian Asians are **"Brown-Colored people":**

**Exhibit-C:**

Novartis's online job application required me to describe my race. Accordingly, I described my race as *"Asian in the USA,"* and as *"Non-Hispanic or Latino."* Asians are "Colored people." Thus, Novartis was certainly aware of my Race (Asian) as well as "Brown-Colored person."

**Exhibit-D:**

Additionally, my Curriculum Vitae / Resume that was submitted for this position, on pages 7-9 has references to my initial education and clinical genetics and medical genetics research in South India.

This unequivocally debunks Respondent's argument that the decision-makers were unaware of my protected traits.

IV.    The following evidence does demonstrate that the decision-makers were aware of my **Age**:

**Exhibit-E:**

Novartis's online job Application under the title "Education" warrants revealing the year of my Ph.D.- degree course commencement year and its accomplishment year, wherein I have entered as From 1977 to 1980.

Mostly around 30 years of age a doctoral degree is achieved if there is no break in education. I possess a three-year Bachelor's degree, then two years Master's degree, followed by 5 years of doctoral research Ph.D.-degree.

When I applied for this Senior Scientist, Clinical Genetics and Genomics- position in March 2024, one could easily surmise my age based on the year of the Ph.D.-degree award.

**Exhibit-F:**

Additionally, my Biological Sketch in my Curriculum Vitae / Resume that was submitted for this position, on page 5 has the following timelines for my education and post-doctoral training:

B.Sc., M.Sc., Ph.D.: **Dec. 1980;**

Post Doctoral Training, Research Associateship, and employment at the Walter Reed Army Medical Center, Washington, DC: 1981- 1988; and

The American Board of Medical Genetics [ABMG]- professional medical genetics training at Yale School of Medicine completed in 2003.

Page 2

> **From the above Doctoral and Post-Doctoral-studies timelines, one could easily discern my age.**
>
> This unequivocally debunks Respondent's argument that the decision-makers were unaware of my protected traits.

V.   The following evidence does demonstrate that the decision-makers were aware of my having **engaged in protected activities** when Respondent failed to hire me for various positions to which I applied between April 25, 2011, and March 20, 2024:

> **Exhibit-G:**
> Novartis online job application *"Terms and Conditions"* required me to agree to the processing of my personal data by submitting my application. Accordingly, every time I applied, **I have consented to the Employment Background, Credit, and Legal Standing Checks.** Such Checks are performed or conducted by the corresponding Novartis legal entity's contractors.

> **Exhibit-H:**
> As alleged in this complaint, and in my Rebuttals to Respondent's Statements, Dated November 15, 2024 *[Exhibit-H herewith]*, even if the background was not conducted for this latest position, the background checks conducted for the previously applied positions are retained by Human Resources. This retention enables Human Resources to apply the findings in later job applications by the same candidate. If a candidate's Employment Background and Legal Standing Check reveal an EEO complaint or related lawsuit history, it is considered a risky and/or undesirable factor. This is the source of company-wide persistent discrimination when a candidate applies for several positions over a period.

That is why the application requires a candidate to declare if that candidate previously applied for any position or was employed previously. It should be noted that this complaint alleges continuing violation encompassing six other earlier positions, as listed and argued in the complaint and in my Rebuttals to Respondent's Statements, Dated November 15, 2024 *[Exhibit-H herewith]*.

**Title VII** prohibits retaliation for the exercise of EEO rights. Given the record of my prior EEO complaints, it is all the more certain and confirmatory that Novartis became aware of my EEO and Civil Complaint in 2014 by conducting Employment Background and Legal Standing Check, and consequently retaliated by not considering my highly qualified candidacies during November 2014, January 2015, and March 2024. Failure to conduct background checks of candidates, particularly in the clinical field is "Negligent Hiring" and it could lead to a "Tort of Negligent Hiring" lawsuit. **Therefore, the alleged retaliation claims in this complaint as well as in the 2015 and 2014 candidacies at Novartis are viable.**

It is evident now that filing an EEO complaint has the effect of permanently derailing future professional career opportunities, no matter how well-qualified one gets. Corporate attorneys are there to make money by shielding the rich Corporations and Institutions they represent from genuine claims of retaliation/discrimination.

## CONCLUSIONS

The evidence presented in *Exhibits A to H* and the assertions therein cumulatively demonstrate that **the decision-makers were undeniably aware of my protected traits and protected activity at the time a decision was made not to advance my application for consideration. Therefore, the Respondent engaged in unlawful discrimination in violation of the statutes.**

Moreover, as asserted in the Complainant's December 12, 2024, rebuttals to the Respondent's statements dated November 15, 2024 [*See Exhibit-H herewith: Exhibit # 1: page 1: **Key Responsibilities and Expectations**], the Respondent did NOT select a candidate who was better suited for the position than the Complainant, since she is certainly NOT qualified to meet the Key Responsibilities and Expectations of this position:*

1.    The selected candidate did NOT possess either appropriate education, qualification, training, and experience to serve as Senior Scientist, that too in Clinical Genetics and Genomics, to enable her to develop, validate, and implement innovative genetic and genomic biomarker assays for clinical studies.

2.    The selected candidate is not qualified to generate and interpret data to enable proof of mechanism, dose selection & proof of biology across early clinical programs.

3.    The selected candidate is incapable of evaluating new CROs, driving transitioning and monitoring internally developed assays.

4.    The selected candidate is also not knowledgeable about developing biomarker modalities and/or technologies.

5.    The selected candidate is also not qualified to develop and validate a fit-for-purpose biomarker solutions, independently design, execute, and interpret experiments to meet the *"Expectations"* in this position.

The above unbiased evaluations further augment my assertion that the decision-makers were undeniably aware of my protected traits and protected activity when a decision was made not to advance my application for consideration, despite my fitting and superior qualifications to that of the selected candidate to effectively meet the *Key Responsibilities and Expectations* in this position.

Given Novartis has a track record of prior Gender and Age-based discrimination lawsuits and settlements (*See, Exhibit-H: the Complainant's rebuttals dated Dec. 12, 2024, pages 10-11, item IX),* and given the unequivocal evidencing presented in *Exhibits-A to G* in this document, it is certainly conceivable that the Respondent was well aware of the Complainant's protected traits and protected activities which led to the selection of an unqualified and inept alternate candidate for this position.

**Therefore, the Commission should Charge Novartis of Discrimination.**

Respectfully submitted,

*[signature]*

Syed K. Rafi, Ph.D.
Complainant

**EXHIBITS-A to H**

EXHIBIT-A

⊕ English    &. Sign In

U NOVARTIS

Novartis Careers        Search for Jobs

← Back to Job Posting

My Information        My Experience        **Application Questions 1 of 2**        Application Questions 2 of 2        Voluntary Disclosures        Review

# Application Questions 1 of 2

\* Indicates a required field

**Which social media or professional network influenced your decision to apply?** \*

- [ ] Facebook
- [ ] Glassdoor
- [ ] Instagram
- [ ] LinkedIn
- [ ] Twitter
- [ ] WeChat
- [ ] Xing
- [ ] Google
- [ ] None
- [ ] Indeed

**What inspired you to apply?** \*

*PTO ⸑*

**NOVARTIS**

☐ Approach to personal growth & learning

☐ Approach to diversity and inclusion

☐ Approach to innovation in your area

☐ Moving to an Unbossed/Empowered Employee Culture

☐ Alumni Network

☐ An employer award

☐ Approach to flexible working

Please indicate your gender. *

| Male ▼ |

☐ Other

☐ None

Follow Us

▸

Data Privacy Notice

workday.

© 2025 Workday, Inc. All rights reserved.

*[Handwritten note:]* ORANGE STAR MARK INDICATES— —A REQUIRED FIELD. So, DISCLOSURE OF GENDER IS REQUIRED FOR NOVARTIS JOB APPLICATION.



U NOVARTIS

☐ Approach to personal growth & learning

☐ Approach to diversity and inclusion

☐ Approach to innovation in your area

☐ Moving to an Unbossed/Empowered Employee Culture

☐ Alumni Network

Please indicate your gender. *

select one                                          ▼

☐ Approach to flexible working

☐ Approach to well-being

☐ Approach to Ethics

☐ Other

☐ None                          Follow Us

▶

Data Privacy Notice

workday.

© 2025 Workday, Inc. All rights reserved.

NOVARTIS

- [ ] Approach to personal growth & learning

- [ ] Approach to diversity and inclusion

- [ ] Approach to innovation in your area

- [ ] Moving to an Unbossed/Empowered Employee Culture

- [ ] Alumni Network

Please indicate your gender. *

| Male ▼ |
|---|

Approach to flexible working

- [ ] Approach to well-being

- [ ] Approach to Ethics

- [ ] Other

- [ ] None                    Follow Us

▸

Data Privacy Notice

workday.

© 2025 Workday, Inc. All rights reserved.

EXHIBIT-B

# Muslim boy name

Syed is a **Muslim boy name** [1] [2] [3] and an alternative Anglicised spelling for the Arabic name Sayyid or Saeed [2] . The name is popular in various spellings, and its feminine version is Sayyida [2] . The meaning of Syed is 'Noble One' [2] . Syeds are respected in all denominations in Islam [4] .

**Learn more:**

[1]  Syed Name Meaning - Syed Meaning & Definiti...

  hamariweb.com

 [2]  Syed - Meaning And Origin Of The ...

  babynames.co...

[3]  Name Meaning of Syed in English, Urdu, Hindi ...    >

  muslimbabynames....

Feedback

W    Wikipedia
     https://en.wikipedia.org › wiki › Sayyid_(name)

## Sayyid (name) - Wikipedia

Sayyid (also spelt Saiyed, Seyit, Seyd, Syed, Said, Sayed, Sayyed, Saiyid, Seyed, al-Sayyed and Seyyed) (Arabic: سيد ['sæj.jɪd], Persian: [sej'jed]; meaning 'Lord', 'Master'; plural: Sadat Arabic: سادة sādah is a masculine name given to descendants of the Islamic prophet Muhammad. It is not to be confused with Sa'id (or ... See more

**Given name**

· Said Alam (born 1958), Pakistani pediatric surgeon and political activist
· Sayed Awad (1926-2000), Egyptian composer
· See more

**Seyit**

· Seyit Çabuk (1889-1939), Ottoman
· ...

**Seyid**

· Seyid Riza (1863-1937), Kurdish rebel leader
· Seyid Azim Shirvani (1835-1888), Azerbaijani poet and engineer
· Seyid Shushinski (1889-1965), Azerbaijani folk singer See more

**Surname**

· ... ... ...

Wikipedia text under CC-BY-SA license

See all on Wikipedia  >

W    Wikipedia
     https://en.wikipedia.org › wiki › Sayyid

## Sayyid - Wikipedia

<    **Overview**    **South Asia**    **Etymology**    **Origin of the title**    **Statistics**  >

In South Asia, Sayyids are mostly credited for preaching and consolidating the religion of Islam. They are predominantly descendants of leading saints of Sunni faith that migrated from Persia to preach Islam of which the Persian Sayyid Moinuddin Chishti has set the cornerstone. Thus Moinuddin Chishti is regarded as Sultan-i-Hindustan in Islamic Theology. The following saints and their desce...



Wikipedia · Text under CC-BY-SA license

**Estimated Reading Time:** 8 mins

  Ancestry
     https://www.ancestry.com › first-name-meaning › syed

## Syed : Meaning and Origin of First Name - Ancestry

The term Syed is derived from the Arabic word sa'ada, which means happiness or blessedness. This first name has its roots in Islamic culture and holds great importance among Muslims ...

Tags:    Name:Syed    Muhammad

  TheBump.com
     https://www.thebump.com › syed-baby-name

## Syed - Baby Name Meaning, Origin and Popularity - TheBump.com

Rafi is a **male given name of Arabic origin** [1] . It is one of the names of Allah in Islam, stemming from the Arabic verb rafaʿa (رَفَعَ), meaning "to lift, to raise (something high)" [1] . The name means "exalter, glorifier, raiser, on who causes others to be raised in status" [2] . Rafi is a short name with 5 letters, and the popularity rank of the name Rafi is 2560 [3] . The name is often preferred by Muslim parents and means "high" or "exalted" in Urdu [4] .

**Learn more:**

[1]   Rafi (name) - Wikipedia     [2]   Rafi Name Meaning | Variant of Raafi | Islami...     [3]   Rafi' Name Meaning in English - Rafi' Muslim E  >

W wikipedia.org     ▲ quranicnames.com     🏠 hamariweb.com

Feedback

IslamQA
https://islamqa.org › hanafi › darulifta-deoband

## Is the name "RAFI" Islamic? - IslamQA

Rafi means: high, high-ranking. The name Raafe is derived from this root that is the name of many Sahaba and Tabi?een. So there is no harm to keep the name Rafi, it is Islamic name. However, ...

Tags:   Name:Rafi    Hanafi

W Wikipedia
https://en.wikipedia.org › wiki › Rafi_(name)

## Rafi (name) - Wikipedia

| **Overview** | **People named Rafi** | **In fiction** | **See also** |
|---|---|---|---|

Rafi (Arabic: رافع, romanized: rāfiʿ ) is a male given name of Armenian and Arabic origin. It is one of the names of Allah, stemming from the Arabic verb rafaʿa (رفع), meaning "to lift, to raise (something high)". It is distinct from another male name, Rafi (Arabic: رفيع, romanized: rafiʿ, meaning "exalted/grand/high"). Other common transcriptions include "Rafee", "Rafie", "Rafay" and "Raffy".

Wikipedia · Text under CC-BY-SA license

**Estimated Reading Time:** 1 min

♡ MomJunction
https://www.momjunction.com › baby-names › rafi

## Explore Rafi: Meaning, Origin & Popularity - MomJunction



Jun 14, 2024 · Rafi is a name with significance among Muslims because it is one of the names of Allah. In this context, the meaning of the name has been derived from the Arabic verb, rafaʿa or ...

Tags:   Name:Rafi    Mohammed Rafi

## Videos of IS RAFI A Muslim NAME?
bing.com › videos



25 Best **Muslim**/Islamic Baby Boy Names Starting with "R" | **Muslim** Boy Names | Islamic Boy Names

872.4K views · Mar 23, 2023
YouTube › FirstCry Parenting



25 Meaningful **Muslim** Baby Boy Names Starting With Letter **'A'**

490K views · Jan 1, 2023
YouTube › FirstCry Parenting

EXHIBIT-C



NOVARTIS

badge has been authorized under the laws administered by the Department of Defense.  An "Armed Forces service medal veteran" means a veteran who, while serving on active duty in the U.S. military, ground, naval or air service, participated in a United States military operation for which an Armed Forces service medal was awarded pursuant to Executive Order 12985.

Protected veterans may have additional rights under USERRA - the Uniformed Services Employment and Reemployment Rights Act. In particular, if you were absent from employment in order to perform service in the uniformed service, you may be entitled to be reemployed by your employer in the position you would have obtained with reasonable certainty if not for the absence due to service. For more information, call the U.S. Department of Labor's Veterans Employment and Training Service (VETS), toll-free, at 1-866-4-USA-DOL.

**If you believe you belong to any of the categories of protected veterans listed above, please indicate by checking the appropriate box below.** As a government contractor subject to VEVRAA, we request this information in order to measure the effectiveness of the outreach and positive recruitment efforts we undertake pursuant to VEVRAA.

**Please indicate your veteran status**

> I am not a protected veteran ▼

**How would you best describe your race? (Please select all that apply)**

- [ ] American Indian or Alaska Native (United States of America)
- [ ] Asian (United States of America)
- [ ] Black or African American (United States of America)
- [ ] I do not wish to answer (United States of America)
- [ ] Native Hawaiian or Other Pacific Islander (United States of America)
- [ ] White (United States of America)

**Are you Hispanic or Latino?**

> No ▼

## Terms and Conditions

I certify that the information contained in this application is correct to the best of my knowledge and understand that falsification of any information is grounds for immediate dismissal in accordance with Novartis Policy.

I confirm that I understand the Novartis Privacy Notice and I agree to the processing of my personal data.

**NOVARTIS**

I hereby authorize and agree to assist the corresponding Novartis legal entity or any authorized third party supplier acting on its behalf, to verify the information provided by me to the extent permitted by law, in connection with my application for employment.

**I confirm.** *

☐

Follow Us

Data Privacy Notice

workday.

© 2025 Workday, Inc. All rights reserved.



ᴜ NOVARTIS

the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) website at www.dol.gov/ofccp.

## How do you know if you have a disability?

A disability is a condition that substantially limits one or more of your "major life activities." If you have or have ever had such a condition, you are a person with a disability. **Disabilities include, but are not limited to:**

• Alcohol or other substance use disorder (not currently using drugs illegally)
• Autoimmune disorder, for example, lupus, fibromyalgia, rheumatoid arthritis, HIV/AIDS
• Blind or low vision
• Cancer (past or present)
• Cardiovascular or heart disease
• Celiac disease
• Cerebral palsy
• Deaf or serious difficulty hearing
• Diabetes
• Disfigurement, for example, disfigurement caused by burns, wounds, accidents, or congenital disorders
• Epilepsy or other seizure disorder
• Gastrointestinal disorders, for example, Crohn's Disease, irritable bowel syndrome
• Intellectual or developmental disability
• Mental health conditions, for example, depression, bipolar disorder, anxiety disorder, schizophrenia, PTSD
• Missing limbs or partially missing limbs
• Mobility impairment, benefiting from the use of a wheelchair, scooter, walker, leg brace(s) and/or other supports
• Nervous system condition, for example, migraine headaches, Parkinson's disease, multiple sclerosis (MS)
• Neurodivergence, for example, attention-deficit/hyperactivity disorder (ADHD), autism spectrum disorder, dyslexia, dyspraxia, other learning disabilities
• Partial or complete paralysis (any cause)
• Pulmonary or respiratory conditions, for example, tuberculosis, asthma, emphysema
• Short stature (dwarfism)
• Traumatic brain injury

### Please check one of the boxes below: *

☐  Yes, I have a disability, or have had one in the past

☐  No, I do not have a disability and have not had one in the past

☐  I do not want to answer

PUBLIC BURDEN STATEMENT:  According to the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. This survey should take about 5 minutes to complete.

Follow Us

▸

Data Privacy Notice


workday.

# EXHIBIT-D

🌐                    👤

*ι* NOVARTIS



Drop files here

or **Select files**

MARCH 2024--CV-RESUME WITH CERTIFICATES.pdf

1.48 MB

✓ Successfully Uploaded!

===Letter of Interest–Novartis–Senior Scientist, Clinical Genetics and Genomics-2024.docx

41.45 KB

✓ Successfully Uploaded!

Follow Us

▸

Data Privacy Notice

**workday.**

© 2025 Workday, Inc. All rights reserved.

<u>Letter of Interest</u>

<u>**Senior Scientist, Clinical Genetics and Genomics at Novartis**</u>

I am seeking this laboratory-based Scientist in BMD to apply my hand-on expertise to implement genetics and genomics assays including targeted and NGS-based technologies, and to implement clinical biomarker plans in collaboration with biomarker development colleagues and clinical teams, given my extensive molecular genetics, genomics, proteomics, and molecular biology research experience, genetics and genomics project studies that have resulted in peer-reviewed research publications in the fields of medical genetics and genomics, pharmaco-genetics and pharmaco-proteomics, and cell-signaling: see the list of relevant publications below.

These research studies are based on the next generation whole exome and genome sequencing technologies and pathognomonic variant calling methodologies. In these research studies, I have conducted an in-depth analysis of pathognomonic genomic variants about autism, neurodevelopmental disorders, infertility and obesity, and aplastic anemia. Through cyto-genomics, I have cataloged known autism as well as other diseases causing genes.

I have research-based experience in genomic and proteomic Ingenuity Pathway studies, which is vital for detecting deleterious perturbation in physiological pathways due to any genomic aberration that is identified through next-generation whole genome or whole exome sequencing technologies.

The genomic and proteomic Ingenuity pathway studies in my pharmaco-genomics and pharmaco-proteomics research projects were aimed at identifying the genotoxic perturbation of Topiramate: see, https://doi.org/10.1371/journal.pone.0246989.

In this novel study, as the lead author, I have extensively studied the perturbations in whole genome expression profiles as well as phosphorylated protein profiles, and thus identified perturbations in key signaling pathways, such as Wnt signaling, and TGF-beta mediated signaling.

Wnt signaling is already known to play a major role in causing more virulent forms of breast, ovarian, lung, and colon cancers. Several oncogenic mutations in solid tumors and hematological malignancies show specific perturbations in key signaling pathways. Therefore, now several commercial companies are beginning to offer the signaling pathway perturbation- as a diagnostic service in addition to conventional cancer cytogenetic and FISH diagnostics, as a personalized medicine approach, since patients with specific signaling pathway perturbation only respond to specific chemotherapy regimens. Perturbations in a definite set of molecular genetic markers, protein interactomes, and signaling pathways are already implicated in more virulent forms of drug-resistant leukemia, lung, breast, ovarian, pancreatic, and colon cancers requiring personalized medicine approach for their effective treatment.

During 2015 through 2019, I participated in the ACMG Genomic Case Conferences, entitled, Expanding the Role of Whole Exome Sequencing into the Prenatal Setting, which

1

was hosted by Baylor College of Medicine. These conferences were designed to enable participants to:

1. Identify prenatal cases that warrant evaluation by clinical Whole Exome Sequencing (WES);
2. Discuss the complexities and barriers to offering WES in the prenatal setting; &
3. Explain the optimization of clinical WES tests to allow rapid turnaround time in the prenatal setting.

From 2015 through 2017, I also participated in the annual Pediatric Genomic Medicine conferences focused on Neurodevelopmental Disorders and Genomes of Newborns, which were held at the Children's Mercy Hospital, UMKC, Kansas City, MO. The goal of these NIH-sponsored meetings was to assess the feasibility of introducing the next-generation sequencing for rapid genomic diagnosis of newborns.

In the past, I have served as the institutional cancer cytogeneticist for the National Cancer Institute's Cancer and Leukemia- Group-B (CALGB) project at Walter Reed Army Medical Center and the Armed Forces Institute of Pathology, Washington, DC. After serving as the associate director of the clinical cytogenetics division at the Armed Forces Institute of Pathology, I successfully established (from de novo) a diagnostic cytogenetics laboratory in the State of Maryland (Rockville, MD.) with the issuance of the State license to direct the laboratory. (See resume attached herewith).

During my tenure at the Walter Reed Army Medical Center and the Armed Forces Institute of Pathology, Washington, DC, as an independent investigator, I have served as principal investigator of the U.S. Department of Defense research project about genomic fragility under hypo and hyper oxygen tensions, which was published. (See resume attached herewith).

As desired, I possess an excellent grasp of medical genetics and genomics, to augment the personalized pharmacogenomic medicine service.

I have served as an independent research scientist and sustained productive collaborative relationships within and outside organizations nationally and internationally. I have mentored and given lectures as Co-Director of the Genetics annual course while serving at the Armed Forces Institute of Pathology, Walter Reed Army Medical Center, Washington, DC. I will be interested in teaching and/or student mentorship.

I possess practical knowledge and laboratory experience in performing most of molecular biology techniques, including targeted gene sequencing, PCR, electrophoresis, and cloning, and capable of multitasking and prioritizing laboratory and data analysis tasks. I possess strong interpersonal skills and the ability to lead the successful completion of experiments. I inherently pay attention to detail and accuracy, and very much capable of working independently and in a team environment.

Contact information for references will be provided upon request.

I appreciate your consideration.

2

*K. Syed Rafi*

*Syed K. Rafi, Ph.D.*                                                    **May 2024**
3237 Apex Circle
Falls Church, VA. 22044.
Cell # 816 787 4366
Email: rafigene@yahoo.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## Syed K. Rafi, PhD.

## 2024--List of Recent *Relevant* Research Publications
## About the Impact of Genomic Variation on Human Disease, and
## Pharmaco-genomics.

1.      ***Mowat–Wilson Syndrome: Case Report and Review of ZEB2 Gene Variant Types, Protein Defects and Molecular Interactions.*** St. Peter, Caroline, Waheeda A. Hossain, Scott Lovell, **Syed K. Rafi,** and Merlin G. Butler. 2024.  Int. J. Mol. Sci. **2024**, 25, 2838. https://doi.org/10.3390/ijms25052838

2.      ***The 15q11.2 BP1-BP2 Microdeletion (Burnside–Butler) Syndrome: In Silico Analyses of the Four Coding Genes Reveal Functional Associations with Neurodevelopmental Disorders.*** **Syed K. Rafi** and Merlin G. Butler. **Int. J. Mol. Sci., 2020,** 21, 3296.  https://doi.org/10.3390/ijms21093296

3.      ***High Functioning Autism with Missense Mutations in Synaptotagmin-Like Protein 4 (SYTL4) and Transmembrane Protein 187 (TMEM187) Genes: SYTL4- Protein Modeling, Protein-Protein Interaction, Expression Profiling and MicroRNA Studies.*** **Syed K. Rafi,** Alberto Fernández-Jaén, Sara Álvarez, Owen W. Nadeau, and Merlin G. Butler. **Int J Mol Sci., 2019** Jul 9;20(13):3358. doi: 10.3390/ijms20133358. PubMed PMID: 31323913; PubMed Central PMCID: PMC6651166.

4.      ***Anti-epileptic drug topiramate upregulates TGFβ1 and SOX9 expression in primary embryonic palatal mesenchyme cells: Implications for teratogenicity.***
**Syed K. Rafi,** Jeremy P. Goering, Adam J. Olm-Shipman, Lauren A. Hipp, Nicholas J. Ernst, Nathan R. Wilson, Everett G. Hall, Sumedha Gunewardena, Irfan Saadi. **PLoS ONE** 16(2): e0246989.  https:doi.org/10.1371/journal.pone.0246989
Published: February 12, **2021.**  https://doi.org/10.1371/journal.pone.0246989
4A.     Dataset:
        ***List of 40 proteins with a statistically significant change in expression and a 1.15-fold-change cut-off in HEPM cells following topiramate treatment.***
Posted by: Syed K. Rafi, Jeremy P. Goering, Adam J. Olm-Shipman, Lauren A. Hipp, Nicholas J. Ernst, Nathan R. Wilson, Everett G. Hall, Sumedha Gunewardena, Irfan    Saadi. Public Library of Science, February **2021.**

5.      ***Currently Recognized Clinically Relevant and Known Genes for Human Reproduction and Related Infertility with Representation on High-Resolution Chromosome Ideograms.*** Merlin G. Butler, **Syed K. Rafi**,  Austen McGuire, and Ann M. Manzardo**. GENE,** Vol. 575, Issue 1, **2016**, Pages 149 -159. http://dx.doi.org/10.1016/j.gene.2015.08.057

6.      ***Whole Exome Sequencing in Females with Autism Implicates Novel and Candidate Genes.*** Merlin G. Butler, **Syed K. Rafi,** Waheeda Hossain, Dietrich A. Stephan, D. & Manzardo, A. M. **Inter. J. Mol. Sci., 2015**, 1312-1335; doi:10.3390/ijms16011312.

7.      ***High-Resolution Chromosome Ideogram Representation of Currently Recognized Genes for Autism Spectrum Disorders.*** Merlin G. Butler, **Syed K. Rafi**, and Ann M. Manzardo. **Int. J. Mol. Sci., 2015**, 16, 6464-6495; doi:10.3390/ijms16036464.

8.      ***Morphometric analysis of recognized genes for autism spectrum disorders and obesity in relationship to distribution of protein coding genes on human chromosomes.*** Austen B. McGuire, **Syed K. Rafi**, Ann M. Manzardo, and Merlin G. Butler**. Int. J. Mol. Sci. 2016**, 17, 673; doi:10.3390/ijms17050673.

9.      ***Exome sequencing reveals a thrombopoietin ligand mutation in a Micronesian family with autosomal recessive aplastic anemia.*** Majed J. Dasouki, **Syed K. Rafi**, Adam J. Olm-Shipman, Nathan R. Wilson, Sunil Abyankar, Brigitte Ganter, L. Mike Furness, Jianwen Fang, Rodrigo T. Calado, and Irfan Saadi. **BLOOD,** Oct.1, **2013;** doi:10.1182/ blood-2012-12-473538.

10.     *eBook: Prime Archives in Molecular Sciences: ISBN: 978-93-90014-20-0.*
    *https://videleaf.com/product/prime-archives-in-molecular-sciences/***The-15q11-2-bp1-bp2-microdeletion-burnside-butler-syndrome-in-silico-analyses-of-the-four-coding-genes-reveal-functional-associations-with-neurodevelopmental-disorders/** Syed K. **Rafi** and Merlin G. Butler, **2020**.

11.     *Book Chapter: CRC Press: ISBN: 978-1-43-985020).*
**Potential role of Vitamin D and Fibroblast Growth Factor 23-Klotho System in Aging: in Vitamin D: Oxidative Stress, Immunity, and Aging.** Ahsan N, **Rafi SK**, and Razzaque MS. Oxidative stress and Disease- series, Packer L, and Cadenas E (Editors), **2012**.

12.     *Book Chapter: ISBN: 978-1-62257-326-4.*
        **New Vistas in Understanding the Pathophysiology of Valosin-Containing Protein (VCP)/p97 Disease.** Virginia E. Kimonis, Angele Nalbandian,..**Syed Rafi**, … and John Weiss.  In Myopathies: New Research. H. Washington and C.E. Castillo Jimenez (Editors), **2012**.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

4

## A.  Positions and Honors:

Nominated by the Indian Council of Medical Research (ICMR) for the Exchange of Scientists Program between the ICMR and Gesellschaft fur Strahlen and Umwelt for Schung (GSF), Munchen (Federal Republic of Germany)

Principal's Gold Medal for the best all-round Post Graduate Student, University of Madras

State of Maryland: Cytogenetics Laboratory Director's License (previous)

American Board of Medical Genetics- Eligible Clinical Cytogeneticist (previous)

American Board of Medical Genetics- Eligible Ph.D.-Medical Geneticist (previous)

Cancer and Leukemia-Group-B (CALGB)- NCI- Institutional Cytogeneticist at the Armed Forces Institute of Pathology, Walter Reed Army Medical Center, Washington, DC. (Previous)

## B. Appointments:

- Biomedical and Genetics- Manuscript Reviewer and Researcher- June, 2017- Current.

- Genetic Consultant for Patent Attorneys and Law Firms, August 2017- Current.

- Research Assistant Professor / Associate, Department of Psychiatry, Behavioral Sciences, & Genetics, Kansas University Medical Center, Kansas City, KS. Sept, 2013- Dec, 2014; 2015

- Senior Scientist, Department of Anatomy and Cell Biology, Kansas University Medical Center, Kansas City, KS. Nov. 2011- Feb. 2013/--Current

- Scientific Director & Manager, GCRC(CTSA)- Clinical Research Diagnostic Core Laboratory, Children's Hospital Boston, Harvard Medical School, Boston, MA. 2006-10.

- Research Associate, Genetics Division, Children's Hospital Boston, Harvard Medical School, Boston, MA. 2004- 05.

- Clinical genetics trainee, Medical Genetics Division, Yale University School of Medicine, New Haven, CT. 2001-03.

- Visiting Scientist, Genome Center, North Carolina State University, Raleigh, NC. 2000-02.

- Associate Research Cytogeneticist, Clinical Cytogenetics Laboratory, Duke University Medical Center, Durham, NC. 1999-00.

- Senior Clinical Cytogeneticist, Laboratory Corporation of America Research Triangle Park, NC. 1998-99.

- Research Associate, Research Associates International, Chevy Chase, MD.1996-97.

7

- Cytogenetics Specialist (Visiting Scientist)
  Armed Forces Institute of Pathology, Washington, DC. 1993-95.

- Director. Clinical Diagnostic Cytogenetics Laboratory
  Providence Laboratory Associates. Rockville, MD. 1992-94.

- Associate Director, Clinical Cytogenetics Division, Armed Forces Institute of Pathology,
  Walter Reed Army Medical Center, Washington, DC. 1990-92.

- Cytogeneticist, Cancer & Leukemia Group–B Project (National Cancer Institute)
  Walter Reed Army Medical Center (AFIP), Washington, DC. 1991.

- Scientist, Diagnostic Research & Development, Becton & Dickinson, New York, NY.
  1988-90.

- Associate Cytogeneticist, All India Institute of Medical Sciences, New Delhi. 1985-87.

- Senior Research Associate, Genetics & Cell Biology Center for Advanced Studies,
  University of Delhi, 1982-84.

- Research Associate, Clinical Cytogenetics, Department of Medicine,
  King George's Medical College, Lucknow. 1980-81.

- Research Fellow, Cytogenetics Division, Post Graduate Institute of Basic Medical
  Sciences, University of Madras, 1979-80

### C. Research Projects Involved:

Molecular Genetic Mechanisms Underlying theTeratogenicity of Topamax (*Topiramate*).

Distribution patterns of candidate and known Autism genes-in relation to the whole genome, in relation to functional protein coding genes, and in relation to their ideogram location.

Genome-wide Blood Transcriptome Profiling in Autism Spectrum Disorders: A Female Gender Focused Gene Discovery.

*De Novo* and Syndromic- Clinically Relevant Autism Spectrum Disorder Gene Mutations.

VCP and Sequestosome gene(s) mutations in Dementia and Paget disease of bone.

dsRNA induced post transcriptional eukaryotic gene silencing.

Molecular genetics and cytogenetics of supernumerary chromosome 15 ETV/CBFA2 Fusion Gene in Childhood B-Cell Precursor Acute Lymphocytic Leukemia.

Effect of hyperoxia and caffeine on the expression of Fragile-X (q27.3).

8

Modifications in CVS direct cytogenetic analysis techniques;
Chorionic villi sample (CVS) in-situ culture and maternal contamination.

Celllular basis of morphogenesis and tumorgenesis.

Molecular events during cell differentiation.

Genetic Screening of South Indian Population.

### D. Seminars and Symposia Attended:

- National Cancer Institute- Symposium on Chromosome Biology: Nuclear Structure, Genome Integrity and Cancer, National Institutes of Health, Bethesda, MD. Nov.10- Dec.1, 2016.

- Computational Medicine: Annual meeting: Life Sciences Institute, Inc. Kansas City, MO. Sept. 22. 2016.

- Annual Pediatric Genomic Medicine Conference:  Neurodevelopmental Disorders: Genetics, Pharmacogenomics and Precision Medicine, Children's Mercy Hospital, Kansas City, MO., April 5-7, 2016.

- Heartland genetics services collaborative, 11th annual conference, Kansas City, Mo. April 29- May 1 2015.

- Genomes of Newborns: Medicine, Pharmacogenomics, and Ethics: Center for Pediatric Genomics, Children's Mercy Hospital, UMKC, Kansas City, MO. April 8-10, 2015.

- American College of Medical Genetics- Annual Clinical Genetics Meeting, Phoenix, AZ. March 2013.

- Annual meetings of the American Society of Human Genetics (ASHG) (1995- 2013).

- Genomics and Genetic Epidemiology Course, Harvard Medical School, Boston, April 2004.

- The Great Lakes Chromosome Conference, Toronto, Canada, 2006- 09.

- Broad / MIT – Medical & Population Genomics–Weekly Seminars, 2006- 2011.

- Medical Genetics Seminars (weekly), 2003-10.

9

EXHIBIT-E

 

U NOVARTIS

## Work Experience
No Response

## Education

### Education 1
**School or University**
University of Madras

**Degree**
Ph.D (Doctor, Dr.)

**Field of Study**
Genetics

**Overall Result (GPA)**
4.0

**From**  **To (Actual or Expected)**
1977  1980



EXHIBIT-F

# SYED K. RAFI, Ph.D.

| BIOGRAPHICAL SKETCH / CURRICULUM VITAE / RESUME | |
| --- | --- |
| **NAME & NATIONALITY** | **CURRENT MAILING ADDRESS, EMAIL & PHONE #** |
| RAFI, SYED K.<br><br>Naturalized US Citizen | CURRENT MAILING ADDRESS, EMAIL & PHONE #<br><br>SYED K. RAFI, PhD.<br>3237 Apex Cir<br>Falls Church, VA. 22044<br>Email: *rafigene@yahoo.com*<br>Phone : (816) 787 4366 |

| INSTITUTION AND LOCATION | DEGREE<br>(if applicable) | MM/YY | FIELD OF STUDY |
| --- | --- | --- | --- |
| University of Madras, India | B.Sc., M.Sc., Ph.D. | Dec-80 | Medical Genetics |
| University of Lucknow, India | Post Doctorate | Jun-84 | Medical Genetics / Cytogenetics |
| University of Delhi, India | Reserch Associate | Mar-88 | Genetics & Cell Biology |
| Armed Forces Institute of Pathology; Walter Reed Army Medical Center, Washington, DC. | Associate Director of Cytogenetics | Jan-90-Jan.93 | Clinical Cytogenetics |
| Yale University of School of Medicine, New Haven, CT<br>**NOTE:** American Board of Medical Genetics [ABMG]-*Eligibility* [2005] Communication is Enclosed Herewith. | ABMG-Clinical Cytogenetics Training | Jan. 01-Jan. 03 | Clinical Cytogenetics & Medical Genetics |

5

EXHIBIT-G

🌐 English    👤 Sign In



Novartis Careers          Search for Jobs

← **Back to Job Posting**

My Information        My Experience        Application              Application              **Voluntary**              Review
                                           Questions 1 of 2         Questions 2 of 2         **Disclosures**

# Voluntary Disclosures

* Indicates a required field

## Terms and Conditions

I confirm that I understand the Data Privacy Notice and I agree to the processing of my personal data.
By submitting my application, I confirm that, only if expressly required, I consent to the Employment, Background, Credit and Legal Standing Checks, where legally permitted and as required for the specific open position, on my personal information as outlined above. Such checks may be performed or conducted by the corresponding Novartis legal entity's contractors.
I hereby authorize and agree to assist the corresponding Novartis legal entity or any authorized third party supplier acting on its behalf, to verify the information provided by me to the extent permitted by law, in connection with my application for employment.

I confirm. *

☑

Follow Us

▸

Data Privacy Notice

EXHIBIT-H

8167874366

• · **Email:**

rafigene@yat

= Required Field.

## Inquiry Release / Background Info Request

In connection with my application with STANFORD HEALTH CARE, I understand that investigative background inquiries may be made on myself including but not limited to previous employer verifications, education verifications, criminal convictions or history, Social Security, trace reports, and other consumer reports. These reports may include reasons for termination of past employment from previous employers. Further, I understand that STANFORD HEALTH CARE and/or its authorized agent may be requesting information from various Federal, State, and other agencies which maintain records concerning my past activities relating to my driving, credit, criminal, civil and other experiences, and may include information involving me in the files of insurance companies.

Please note that this background request will not be initiated until a verbal offer of employment has been made.

I hereby authorize and release, without reservation, USA-FACT (Consumer Reporting Agency) and STANFORD HEALTH CARE, and their employees or assigns from any and all claims, actions, suits, agreements, or liabilities arising from the release of said information to STANFORD HEALTH CARE. Your background information will be submitted by:

USA-FACT, Inc
6200 Box Springs Blvd.
Riverside, CA 92507
(951) 656-7800.
www.usafact.com

I am consenting that a photocopy of this authorization be accepted with the same authority as the original, and I specifically waive any written notice from any present or former employer who may provide information based on this authorized request. I understand this authorization is to be part of the written employment application that I sign.

I have been given a stand-alone consumer notification that a report will be requested and used for the purpose of evaluating me for employment, promotion, reassignment or retention as an employee. If hired, this authorization shall remain on file and shall serve as an ongoing authorization for STANFORD HEALTH CARE to procure consumer reports or investigative consumer reports (including sex offender database checks) at any time during my employment period.



**Stanford**
HEALTH CARE

# Career Opportunities

Contact Information ✓

Fill from my resume
Enter your contact information. Remember to click *Save Changes* when you are finished.

- · **Last Name(Legal as it appears on your SS card):**

  Rafi

- · **First Name(Legal as it appears on your SS card):**

  Syed

- **Middle Name:**

  kHADER

- **Address:**

  323 Aped Cir

- **Address:**

  3237 Apex Cir

- · **City:**

  Falls Church

- **State (ST):**

  VA ▼

- · **Zip/Postal Code:**

  22044

- · **Primary Phone**



Genomic Variant    22038

Find Jobs Near You

► Advanced Search

 

# Clinical Molecular Geneticist Precision Medicine For Military Medical Education And Research, Henry M Jackson Foundation - Bethesda , MD



**About Henry M Jackson Foundation**

Posted on 2/9 2021

**Company:** Henry M Jackson Foundation
**Job Title:** Clinical Molecular Geneticist Precision Medicine For Military Medical Education And Research
**Location:** Bethesda , MD

TRUSTe Privacy Certification



## Job Description

AUSA Jobs Central

Job Search Keywords

Submit Search

1. Career Center Home
2. Search Jobs
3. Clinical Molecular Geneticist Precision Medicine For Military Medical Education And Research

H

Clinical Molecular Geneticist Precision Medicine For Military Medical Education And Research

Henry M. Jackson Foundation
Bethesda, Maryland, United States
5 days ago

Apply Now

Description
Job Details Description Join the HJF Team HJF is seeking a Clinical Molecular Geneticist to support Precision Medicine for Military Medical Education and Research (PRIMER) located at Uniformed Services University in Bethesda, MD. HJF provides scientific, technical and programmatic support services to PRIMER US citizenship is required. This position requires a highly motivated individual with experience analyzing and interpreting genomic data, in the advancement of genomics in DoD healthcare and research. He/she will be leading the genome variant interpretation section. They will be responsible for development of those procedures/protocols and supervision of the teams doing that work and be involved in the larger genome variant research community outside the university Responsibilities: Collaborate with a team of scientists, bioinformaticians, genetic counselors, geneticists, and directors to refine clinical genomic variant interpretation analysis. (30%) Review, interpret, and report participant results reliably, accurately, and with integrity. (30%) Supervising and training junior laboratory staff and medical technical officers. (15%) Keeping up to date with developments in the profession. (15%) Attending conferences and relevant training sessions. (10%) Required Knowledge, Skills and Abilities: Ph.D in related scientific discipline who can correctly perform and interpret molecular analyses relevant to the diagnosis and management of human genetic diseases, and who can act as a consultant regarding laboratory diagnos s of a broad range of molecular genetic disorders. Board-certification/eligible in clinical molecular genetics is required. Experience analyzing and interpreting clinical genomic data and next generation sequencing data. Experience with Microsoft Excel An understanding of the heterogeneity, variability, and natural history of molecular genetic disorders. A broad knowledge of evolving technology including CGH microarray and next generation DNA

sequencing, and their application to genomic medicine. (1) basic molecular biology and genetics, (2) the application of molecular genetic techniques to the diagnosis of genetic diseases, and (3) the etiology, pathogenesis, clinical manifestations, and management of human genetic disorders, Diagnostic and interpretive skills in a wide range of clinical molecular genetics problems, and The ability to

communicate molecular diagnostic laboratory results in the capacity of a consultant to medical genetics professionals and other clinicians. Minimum Education: Doctoral degree required. Minimum Experience/ Training Requirements: 8-10 years of relevant work experience. Required Licenses, Certification or Registration: Board Eligible/Certification in clinical molecular genetics required. Background/Security: U.S. citizenship required; eligible to obtain and maintain a Tier III Investigation/ Secret Clearance. Employment with HJF is contingent upon successful completion of a background check which may include, but is not limited to, contacting your professional references verification of previous employment, addresses, education. and credentials, a criminal background check. drug screening, and a department of motor vehicle (DMV) check. Any qualifications to be considered as equivalents, in lieu of stated minimums, require the prior approval of the Chief Human Resources Officer. Qualifications Education Required Doctorate (Academic) or better. Experience Required 8-10 years  8-10 years

*PTO FOR MAGNIFIED VIEW* (handwritten annotation)

Job Information
* Job ID: f14adde5-1968060810
* Location
Bethesda, Maryland, United States

Jobs You May Like

D
Account Executive Business Development - Army
DELL
Washington, DC, United States
J
Joint Johns Hopkins/Army Research Lab Postdoctoral..
Johns Hopkins University
Baltimore, MD, United States
CB
Real Estate Agent
Coldwell Banker
Bethesda, MD, United States
F
Insurance Agency Owner (Flex)
Farmers Insurance Group
Bethesda, MD, United States

No content

No content

Insert additional messaging here.

We use cookies on this site to enhance your experience. By using our website you accept our use of cookies.

Cookies

YourMembership uses cookies for your convenience and security. Cookies are text files stored on the browser of your computer and are used to make your experience on web sites more personal and less cumbersome. You may choose to decline cookies if your browser permits, but doing so may affect your ability to access or use certain features of this site. Please refer to your web browser's help function for assistance on how to change your preferences.

View complete Cookie Policy

Apply Here

About Us   Advertise With Us   Accessible View   Contact Us   Employers. Post a Job   Terms of Use   Privacy Policy

Ca Privacy Notice   Anti-Spam Policy   Do not sell my information   Job Search Blog   Sign Up for Job Alerts   Unsubscribe

*Page 2, lines 7-10 of Jackson Foundation Job add, affirming, as alleged, the mandatory requirement of contacting Dr. Rafi's ABMG training director at Yale (Dr. Bale) as a verification / referencing of his professional ABMG training / education and employment at Yale, as mentioned in Dr. Rafi's resume:*

"completion of a background check,
which may include, but is not limited to, contacting your professional references,
verification of previous employment, addresses, education, and credentials" ...

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/23/2025

**To:** Dr. Syed K. Rafi
3237 Apex Cir, Falls Church, VA 22044
Charge No: 570-2024-04566

EEOC Representative and email:   ROBERT HERSEY
Administrative Support Assistant
robert.hersey@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Mindy E. Weinstein
01/23/2025
Mindy E. Weinstein
Director

Cc:
Mathias Haber, Director of HR
Novartis Pharmaceuticals Corporation
608 5th Ave
New York, NY 10020

Michelle Silverman, Partner
Morgan Lewis
502 Carnegie Ctr Ste 201
Princeton, NJ 08540

Please retain this notice for your records.